DCG/KNO: USAO2016R00085

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. DKC 16 cr0070 |
| | * | |
| DEONTE CARRAWAY, | * | (Sexual Exploitation of a Minor |
| | * | for the Purpose of Producing |
| Defendant | * | Child Pornography, 18 U.S.C. |
| | * | § 2251(a); Forfeiture, 18 U.S.C. § 2253, |
| | * | 28 U.S.C. § 2461(c)) |
| | * | |

*******

### INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about October 11, 2015, in the District of Maryland, the defendant,

### DEONTE CARRAWAY,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in any

sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the

purpose of producing a visual depiction of such conduct, and the visual depiction had been

produced using materials that had been mailed, shipped, and transported in interstate and foreign

commerce by any means, including by computer, that is, the defendant produced and caused to

be produced a visual depiction of a minor, specifically a 9-year-old male, Victim A, engaged in

sexually explicit conduct, in a video that depicts Victim A performing oral sex on the defendant.

18 U.S.C. § 2251(a)

## COUNT TWO

The Grand Jury for the District of Maryland further charges that:

On or about October 30, 2015, in the District of Maryland, the defendant,

### DEONTE CARRAWAY,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in any

sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the

purpose of producing a visual depiction of such conduct, and the visual depiction had been

produced using materials that had been mailed, shipped, and transported in interstate and foreign

commerce by any means, including by computer, that is, the defendant produced and caused to

be produced a visual depiction of a minor, specifically an 11-year-old male, Victim B, engaged

in sexually explicit conduct, in a video that depicts the defendant engaging in anal sex with

Victim B.

18 U.S.C. § 2251(a)

## COUNT THREE

The Grand Jury for the District of Maryland further charges that:

On or about November 25, 2015, in the District of Maryland, the defendant,

### DEONTE CARRAWAY,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in any

sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the

purpose of producing a visual depiction of such conduct, and the visual depiction had been

produced using materials that had been mailed, shipped, and transported in interstate and foreign

commerce by any means, including by computer, that is, the defendant produced and caused to

be produced a visual depiction of a minor, specifically Victim A, engaged in sexually explicit

conduct, in a video that depicts the defendant engaging in anal sex with Victim A.

18 U.S.C. § 2251(a)

## COUNT FOUR

The Grand Jury for the District of Maryland further charges that:

On or about December 14, 2015, in the District of Maryland, the defendant,

### DEONTE CARRAWAY,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in any

sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the

purpose of producing a visual depiction of such conduct, and the visual depiction had been

produced using materials that had been mailed, shipped, and transported in interstate and foreign

commerce by any means, including by computer, that is, the defendant produced and caused to

be produced a visual depiction of minors, specifically Victim A and an 11-year-old male, Victim

C, engaged in sexually explicit conduct, in a video that depicts Victim C attempting to perform

oral sex on Victim A.

18 U.S.C. § 2251(a)

## COUNT FIVE

The Grand Jury for the District of Maryland further charges that:

On or about December 22, 2015, in the District of Maryland, the defendant,

### DEONTE CARRAWAY,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in any

sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the

purpose of producing a visual depiction of such conduct, and the visual depiction had been

produced using materials that had been mailed, shipped, and transported in interstate and foreign

commerce by any means, including by computer, that is, the defendant produced and caused to

be produced a visual depiction of a minor, specifically Victim A, engaged in sexually explicit

conduct, in a video that depicts Victim A seated on the defendant's lap fondling the defendant's

erect penis.

18 U.S.C. § 2251(a)

## COUNT SIX

The Grand Jury for the District of Maryland further charges that:

On or about December 22, 2015, in the District of Maryland, the defendant,

### DEONTE CARRAWAY,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in any

sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the

purpose of producing a visual depiction of such conduct, and the visual depiction had been

produced using materials that had been mailed, shipped, and transported in interstate and foreign

commerce by any means, including by computer, that is, the defendant produced and caused to

be produced a visual depiction of minors, specifically Victim A and an 11-year-old male, Victim

D, engaged in sexually explicit conduct, in a video that depicts Victim A fondling Victim D's

penis and then attempting to perform oral sex on Victim D.

18 U.S.C. § 2251(a)

## **COUNT SEVEN**

The Grand Jury for the District of Maryland further charges that:

On or about January 6, 2016, in the District of Maryland, the defendant,

### **DEONTE CARRAWAY,**

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in any

sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the

purpose of producing a visual depiction of such conduct, and the visual depiction had been

produced using materials that had been mailed, shipped, and transported in interstate and foreign

commerce by any means, including by computer, that is, the defendant produced and caused to

be produced a visual depiction of minors, specifically a 9-year-old male, Victim E, and an 11-

year-old female, Victim F, engaged in sexually explicit conduct, in a video that depicts Victim F

performing oral sex on Victim E at the direction of the defendant.

18 U.S.C. § 2251(a)

## COUNT EIGHT

The Grand Jury for the District of Maryland further charges that:

On or about January 8, 2016, in the District of Maryland, the defendant,

### DEONTE CARRAWAY,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in any

sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the

purpose of producing a visual depiction of such conduct, and the visual depiction had been

produced using materials that had been mailed, shipped, and transported in interstate and foreign

commerce by any means, including by computer, that is, the defendant produced and caused to

be produced a visual depiction of minors, specifically Victim F and a 9-year-old male, Victim G,

engaged in sexually explicit conduct, in a video that depicts Victim F performing oral sex on

Victim G.

18 U.S.C. § 2251(a)

## COUNT NINE

The Grand Jury for the District of Maryland further charges that:

On or about January 8, 2016, in the District of Maryland, the defendant,

## DEONTE CARRAWAY,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in any

sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the

purpose of producing a visual depiction of such conduct, and the visual depiction had been

produced using materials that had been mailed, shipped, and transported in interstate and foreign

commerce by any means, including by computer, that is, the defendant produced and caused to

be produced a visual depiction of minors, specifically Victim F and Victim G, engaged in

sexually explicit conduct, in a video that depicts Victim G attempting to engage in anal sex with

Victim F.

18 U.S.C. § 2251(a)

## COUNT TEN

The Grand Jury for the District of Maryland further charges that:

On or about January 8, 2016, in the District of Maryland, the defendant,

### DEONTE CARRAWAY,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, and the visual depiction had been produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, that is, the defendant produced and caused to be produced a visual depiction of minors, specifically Victim A and a 9-year-old male, Victim H, engaged in sexually explicit conduct, in a video that depicts Victim A attempting to engage in anal sex with Victim H, at the direction of the defendant.

18 U.S.C. § 2251(a)

## COUNT ELEVEN

The Grand Jury for the District of Maryland further charges that:

On or about January 27, 2016, in the District of Maryland, the defendant,

**DEONTE CARRAWAY,**

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in any

sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the

purpose of producing a visual depiction of such conduct, and the visual depiction had been

produced using materials that had been mailed, shipped, and transported in interstate and foreign

commerce by any means, including by computer, that is, the defendant produced and caused to

be produced a visual depiction of a minor, specifically an 11-year-old male, Victim I, engaged in

sexually explicit conduct, in a video that depicts Victim I fondling his penis and exposing his

buttocks.

18 U.S.C. § 2251(a)

## COUNT TWELVE

The Grand Jury for the District of Maryland further charges that:

On or about January 27, 2016, in the District of Maryland, the defendant,

### DEONTE CARRAWAY,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in any

sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the

purpose of producing a visual depiction of such conduct, and the visual depiction had been

produced using materials that had been mailed, shipped, and transported in interstate and foreign

commerce by any means, including by computer, that is, the defendant produced and caused to

be produced a visual depiction of a minor, specifically a 12-year-old male, Victim J, engaged in

sexually explicit conduct, in a video that depicts Victim J exposing his penis, buttocks, and anus.

18 U.S.C. § 2251(a)

## COUNT THIRTEEN

The Grand Jury for the District of Maryland further charges that:

On or about February 1, 2016, in the District of Maryland, the defendant,

### DEONTE CARRAWAY,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, and the visual depiction had been produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, that is, the defendant produced and caused to be produced a visual depiction of a minor, specifically a 9-year-old male, Victim K, engaged in sexually explicit conduct, in a video that depicts Victim K exposing his penis, buttocks, and anus.

18 U.S.C. § 2251(a)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.     Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offenses set forth in Counts One through Thirteen of the Indictment, in violation of 18 United States Code, Section 2251(a), the defendant,

### DEONTE CARRAWAY,

shall forfeit to the United States of America:

a.     Any visual depiction described in Title 18, United States Code, section 2251, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b.     Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

c.     Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

2.     If any of the property described above, as a result of any act or omission of the defendant:

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third party;

c.     has been placed beyond the jurisdiction of the court;

d.     has been substantially diminished in value; or

e.     has been comingled with other property which cannot be divided without
   difficulty,

14

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated in Title 18, United States Code, Section 2253(b).

18 U.S.C. § 2253

ROD J. ROSENSTEIN
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

FEB 29, 2016
Date