IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No. DKC 16-CR-0070 |
| DEONTE CARRAWAY | * | |

******

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by __John Chamble/LaKeytria Felder__, and the Government was represented by Assistant United States Attorney __Daniel Gardner/Kristi O'Malley__, it is

**ORDERED,** this __4th__ day of __March__ __2016__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

William Connelly
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement