1                  IN THE UNITED STATES DISTRICT COURT

2                    FOR THE DISTRICT OF MARYLAND

3                         SOUTHERN DIVISION

4

5   UNITED STATES OF AMERICA,      ) CRIMINAL
                                   ) NO. DKC-16-0070
6             Plaintiff,           )
                                   )
7   v.                             )
                                   )
8   DEONTE CARRAWAY,               )
                                   )
9             Defendant.           )

10              TRANSCRIPT OF SENTENCING PROCEEDINGS
              BEFORE THE HONORABLE DEBORAH K. CHASANOW
11              UNITED STATES DISTRICT SENIOR JUDGE
                MONDAY, AUGUST 21, 2017; 9:30 A.M.
12                     GREENBELT, MARYLAND

13  FOR THE PLAINTIFF:

14            OFFICE OF THE UNITED STATES ATTORNEY
              BY:  KRISTI NOEL O'MALLEY, ESQUIRE
15            BY:  DANIEL C. GARDNER, ESQUIRE
              6406 Ivy Lane
16            Suite 800
              Greenbelt, Maryland  20770
17            (301) 344-4433

18  FOR THE DEFENDANT:

19            OFFICE OF THE FEDERAL PUBLIC DEFENDER
              BY:  JOHN CHAMBLE, ESQUIRE
20            6411 Ivy Lane
              Suite 710
21            Greenbelt, Maryland  20770
              (301) 344-0019

22

23
    OFFICIAL COURT REPORTER:
24  Renee A. Ewing, RPR, RMR, CRR - (301) 344-3227

25    ***COMPUTER-AIDED TRANSCRIPTION OF STENOTYPE NOTES***

1          THE COURT:  Good morning.

2          (Counsel reply, "Good morning, Your Honor.")

3          THE COURT:  Please be seated.

4          Ms. O'Malley.

5          MS. O'MALLEY:  This is United States vs. Deonte

6     Carraway, Criminal Case No. DKC-16-0070.

7          Kristi O'Malley and Daniel Gardner for the United States.

8     And with us at counsel table is Prince George's County

9     Detective Jennifer Rio and FBI Special Agent Jacqueline

10    Dougher.

11         MR. CHAMBLE:  Good morning, Your Honor.  On behalf of

12    Deonte Carraway, John Chamble.

13         THE COURT:  Very good.  All right.

14         Let me begin by reviewing the papers that I have received

15    so that we can make sure I have everything you think I have.

16    The presentence report was revised as of August 10th.  I

17    believe that revision only affected the wording of the proposed

18    conditions for -- are you all right?  You have got the sun in

19    your eyes.

20         MR. CHAMBLE:  That's okay.  We will live.

21         THE COURT:  I don't have any blinds.  If you want to

22    move down a little or something?

23         MR. CHAMBLE:  That's fine.  I will pull out my

24    eclipse glasses in a minute.

25         THE COURT:  Well, don't pull those out.

1        Anyway, that's the version that I have in front of me,

2   and I want to talk about a few changes that might be needed to

3   that in a minute.

4        The defendant filed a sentencing memorandum dated July

5   28th, with attachments.  The government's memorandum is August

6   8th, I believe, also with attachments.

7        I had received directly some statements, victim impact

8   statements, but I think the government attached them again to

9   its memo, so I have a couple of copies of that.

10        I have a proposed order of forfeiture.  And most

11   recently, I received, from the government, the agreement

12   between the state and the federal government regarding transfer

13   of custody and jurisdiction.

14        Is that everything that I should have?

15            MR. CHAMBLE:  That is, Your Honor.

16            MS. O'MALLEY:  Yes, Your Honor.

17            THE COURT:  Okay.  Mr. Chamble, have you reviewed

18   that revised presentence report with Mr. Carraway?

19            MR. CHAMBLE:  I have, indeed.

20            THE COURT:  Okay.  Does anybody have any issues with

21   regard to the contents?  Okay.

22        Could I suggest that on the face sheet, we need to change

23   the release status information to reflect the transfer of

24   jurisdiction, which was what, Ms. O'Malley, effective today?

25            MS. O'MALLEY:  Yeah.  I think it will be effective

1   today.  That's correct.

2          THE COURT:  Okay.  On page 29, first of all,

3   paragraph 176, I will let you get to it, the second sentence, I

4   believe, is an error and should be deleted.  It references

5   5G1.1(a) of the guidelines, which is applicable when there is

6   only a single count of conviction, and is not applicable in

7   this case, where there are 15.  And I think it's misleading to

8   suggest that the statutory maximum on any one count affects the

9   guidelines in this case.

10         So I believe if we delete that sentence, it is a more

11  accurate statement of the guideline provisions.

12         Do counsel agree?

13             MS. O'MALLEY:  Yes, Your Honor.

14             MR. CHAMBLE:  No objection.

15             THE COURT:  Okay.  In paragraph 177, there is a

16  typographical error.  The maximum the parties agreed to in the

17  (c) plea was 100.

18         If you look on page 33, where we have the sentencing

19  recommendation and the summary, the guideline provisions for

20  custody needs to be changed to life.

21         Okay.  I think those are the revisions I thought were

22  necessary to the presentence report.

23         All right.  Counsel, is anyone going to speak other than

24  counsel and the defendant today?

25             MS. O'MALLEY:  Let me confirm, Your Honor.

1              No, Your Honor.

2              MR. CHAMBLE:  I'm sorry, Your Honor.  On paragraph

3  (sic) 33, the revision the Court noted was what?

4              THE COURT:  Let me get back to that.  I'm sorry,

5  which paragraph?

6              MR. CHAMBLE:  I'm sorry, page 33.

7              THE COURT:  Page 33.

8              MR. CHAMBLE:  The last revision the Court noted.

9              THE COURT:  Under custody, it says statutory

10  provisions first, and then it said guideline provisions.

11              MR. CHAMBLE:  Yes.

12              THE COURT:  It says 360 months.

13              MR. CHAMBLE:  Right.

14              THE COURT:  That's incorrect.  It's life.

15              MR. CHAMBLE:  And since we are making corrections,

16  the total offense level in paragraph (sic) 33 represents a two,

17  which I suspect is also --

18              THE COURT:  I'm sorry?

19              MR. CHAMBLE:  The total offense level on page 33

20  represents two.

21              THE COURT:  Represents?

22              MR. CHAMBLE:  It says two, the total offense level,

23  unless I am looking at a different --

24              THE COURT:  Mine says 43.

25              MR. CHAMBLE:  So it's been changed.  It's already

1  been corrected.

2          THE COURT:  Okay.  Thank you.  Right now, let's make

3  sure the, most importantly at this point, the version that goes

4  to the Bureau of Prisons needs to have everything as accurate

5  as possible.

6          MS. O'MALLEY:  And Your Honor, I don't know if the

7  psychological evaluation will be appended to the presentence

8  report so that it can be part of the record that goes to the

9  Bureau of Prisons?

10         MR. CHAMBLE:  That would be my request.

11         THE COURT:  Okay.  That is Exhibit A to the

12  defendant's sentencing memorandum?

13         MR. CHAMBLE:  Correct.

14         THE COURT:  Okay.  Ms. Dasovic, do you have access to

15  that, and can we attach that to the copy that goes to the

16  Bureau of Prisons?

17         PROBATION OFFICER DASOVIC:  Yes, Your Honor.

18         THE COURT:  Very good.

19         MR. CHAMBLE:  Absolutely.

20         THE COURT:  All right.  And Ms. O'Malley, you said no

21  one is speaking, is that what you said?

22         MS. O'MALLEY:  That's correct, Your Honor.  And I

23  understand that you have received the five victim impact

24  statements?

25         THE COURT:  Yes.  I have certainly done that, yes.

1          MS. O'MALLEY:  Thank you.

2          THE COURT:  Okay.  Mr. Chamble, is anyone going to

3 speak except you and Mr. Carraway?

4          MR. CHAMBLE:  No, Your Honor.

5          THE COURT:  Okay.  All right.  Well, the guidelines,

6 as calculated in the presentence report, are calculated

7 somewhat differently than the parties had contemplated in the

8 plea, but my understanding they agree that the probation office

9 has done it correctly.  In any event, we are at a 43 and a I

10 for guideline purposes.

11          Okay.  Ms. O'Malley, I will turn to you first.

12          MS. O'MALLEY:  Thank you, Your Honor.

13          Your Honor, as the Court is aware from the sentencing

14 memo that I submitted, the government is asking for a sentence

15 of 100 years in custody in this case.  The government believes

16 that no lesser sentence would be sufficient for the crimes that

17 were committed in this case.

18          Although I filed a lengthy sentencing memo and I am sure

19 Your Honor has reviewed it, I want to ensure that there is a

20 clear public record of Mr. Carraway's crimes and the reasons

21 why I believe not only that not one day short of 100 years

22 would be sufficient in this case, but that that sentence is

23 just and right.

24          In January of 2017, the defendant pleaded guilty to 15

25 counts of production of child pornography based on his recorded

1  sexual abuse and exploitation of 12 separate victims between

2  the ages of nine and 13 years old.  And that includes five

3  nine-year-old boys, four 11-year-old boys, one 12-year-old boy,

4  one 13-year-old boy, and one 11-year-old girl.

5       And unfortunately, those 12 victims are not the only

6  victims of Mr. Carraway.  Those are just the ones that we

7  happen to have recordings of.  There are more than 20 children

8  involved in this case between the United States's case and

9  Prince George's County case, more than 20 victims that

10 Mr. Carraway sexually abused and exploited.  Some of that was

11 recorded and some of it was not.

12      The nature and circumstances of the multiple offenses

13 committed by Deonte Carraway are simply awful.  Deonte Carraway

14 engaged in anal sex and oral sex with children as young as nine

15 years old and video recorded that abuse.  At a time when these

16 children should have been playing on the playground, collecting

17 Pokemon cards, enjoying third and fourth grade and elementary

18 school, they were, instead, being indoctrinated into Deonte

19 Carraway's "AKA" or "Ass Kick Ass" club.  And to become a

20 member of this club, children were required to send a picture

21 of their genitals or buttocks to Mr. Carraway.  Mr. Carraway

22 even supplied many of these children with phones to use as

23 cameras.

24      Unfortunately, Carraway's club was more than just about

25 sending pictures.  Carraway also sexually abused the children

1  and taught the children to engage in sexual acts with each

2  other.

3       Carraway gained the trust of these children and their

4  parents by pretending to be just one of the kids.  He offered

5  to have these kids join a choir, he offered to walk them to

6  school, he offered to help them with their homework, all of

7  these acts to make parents believe that he could be trusted and

8  that he had their children's best interests at heart.

9       Unfortunately, Mr. Carraway fooled the parents to gain

10  access to the children.  As the one mother of one victim

11  described him, Carraway was a wolf in sheep's clothing.

12       Once Carraway had the trust of the children and their

13  parents, Carraway began to prey on these children.  The acts,

14  themselves, are despicable.  Anal sex with children, having

15  children as young as nine years old perform anal sex and oral

16  sex on each other and fondle each other, as bad as the acts

17  themselves are, where they occurred is simply devastating.

18       Carraway had these children perform sexual acts on each

19  other in their elementary school, in their local municipal

20  center, and in their own homes, places that were supposed to be

21  safe for children.  Some of the parents had to pull their

22  children out of school because of the bad memories of Carraway

23  there, some children don't want to go to the municipal center

24  anymore, and some children don't want to be in their own homes

25  but their families are unable to move.

1        Carraway used manipulation and threats to take advantage
2   of young children for his own perverse sexual pleasure.  As the
3   victim impact statements note and the statements of the
4   children, he threatened to call 911 in front of the kids if
5   they did not comply with his demands.  He threatened their
6   family members if they revealed his secrets.  He manipulated
7   some of the kids by promising access to other children if he
8   got the pictures and videos he wanted of them.

9        He dared the children to engage in sexual acts as if it
10  was a game, but, sadly, none of this was a game.  Instead, it
11  turned into a nightmare for these children that will take years
12  to wake up from.

13       Just the federal counts to which Carraway pleaded guilty
14  account for the destruction of innocence of 12 separate
15  children.  The loss of innocence is something that can never be
16  regained.  Carraway robbed these children of their childhood.
17  Many of these children are in therapy and will be for years to
18  come.

19       As I noted in my sentencing memo, many studies show that
20  these children are now at increased risk for suicide,
21  depression, anxiety, educational difficulties, and various
22  other mental health issues thanks to the acts of Mr. Carraway.

23       The impact of Mr. Carraway's crimes extend beyond the
24  children themselves to their families as well.  As the victim
25  impact statements make clear, these families feel betrayed by

1  Mr. Carraway.  He gained their trust so he could abuse their

2  children.

3       The parents naturally feel guilty that they were duped

4  into trusting Mr. Carraway.  The parents have lost trust in

5  people.  Carraway not only robbed the children of their

6  innocence, but he also robbed the families of their faith in

7  humanity.  The defendant betrayed those families.

8       Looking at the history and characteristics of

9  Mr. Carraway, nothing in Deonte Carraway's background excuses

10  the horrible conduct he engaged in against children or counsels

11  for a more lenient sentence.  In fact, Carraway's history and

12  characteristics make clear that he should never walk out of

13  prison.

14       The psychological evaluation that Dr. Marshall prepared

15  is refreshing in its details and conclusions.  Dr. Marshall

16  found that Carraway is a pedophile.  She also noted that his

17  thoughts, fantasies, and behaviors render Mr. Carraway a

18  significant risk to others.

19       Deonte Carraway told Dr. Marshall that he loves kids, was

20  curious about sex with kids, and thinks about sex with kids all

21  the time.

22       The defendant claimed he thought his sexual acts with

23  children were okay at first because no one was screaming or

24  hurt.  Sadly, given the diagnosis, the defendant can never be

25  trusted in society where he can ever harm children again.

1     One child is too many.  More than 20 is unconscionable.

2  But that's what we are dealing with here.  Age does not

3  magically cure pedophilia.  Unfortunately, I have had cases and

4  heard of cases around the country where there are 70- and

5  80-year-old defendants still sexually abusing children.

6  Carraway is at a particularly high risk of re-offending because

7  of his obsessive sexual interest in children and because of the

8  fact that he engaged in both hands-on and child pornography

9  offenses.

10     The Court can and should ensure that Mr. Carraway never

11  has the opportunity to ever get close to another child.  These

12  children were hurt.  These children were devastated, as is

13  clear from the victim impact statements.  These children are

14  living with nightmares and anxiety and trouble at school and

15  suicidal thoughts at ages they should never be dealing with any

16  of these things.

17     In no universe should this Court ever let Mr. Carraway

18  out to realize his dreams of building a children's center where

19  he can make a difference in the lives of young people.  It is

20  quite ironic that Mr. Carraway expressed in his own writings a

21  newly found desire to put an end to crimes against children

22  when he single-handedly destroyed the lives of more than 20

23  children.

24     Carraway's own uncorroborated account of his childhood

25  sexual abuse that he disclosed for the first time in 2017 is

1    also not a reason for any sentence less than 100 years.

2          Even if the Court were to credit Mr. Carraway's history

3    of abuse, such history makes his crimes that much worse because

4    then he knows how this abuse affects children and did it

5    anyway.

6          No amount of years can truly do justice in this case

7    because it cannot bring back the innocence of so many children.

8    However, the sentence the Court gives should be one that

9    reflects just how serious this crime is given the depravity and

10   the number of victims.  A sentence of 100 years sends a clear

11   message that this crime cannot be tolerated by our society.  No

12   punishment that allows the defendant any chance of ever walking

13   out of prison is in any way just for the victims of the

14   defendant's crimes.  No sentence that allows the defendant ever

15   to walk out of prison adequately addresses the lifetime of

16   turmoil that many of these victims now will endure.

17         Courts around the country have recognized the seriousness

18   of crimes like these and committed defendants in similar

19   circumstances to serve the equivalent of life sentences.  In my

20   sentencing memorandum, I cited to the Court numerous examples

21   of Courts around the country giving sentences of more than 100

22   years in similar cases.  Many Courts around the country have

23   recognized that the only sentence in a case like this, to deter

24   a diagnosed pedophile from harming children, is one that

25   ensures that he can never be around children again.

1          A sentence of 100 years that ensures this defendant never

2     leaves prison sends a message that this type of abuse that the

3     defendant has caused to so many children should never be

4     tolerated or excused.

5          These children who were abused and exploited at such a

6     young age deserve justice, and 100 years sends the message that

7     their voices were heard, that their pain and suffering will not

8     go unaddressed.

9          Thank you, Your Honor.

10          THE COURT:  Before you sit down, is it correct that

11     we don't have any requests for restitution?

12          MS. O'MALLEY:  Your Honor, there was one note in the

13     victim impact statement of money for gas for transportation

14     back and forth of $200.

15          THE COURT:  That was transportation for --

16          MS. O'MALLEY: -- for counseling services.

17          THE COURT:  Which is -- is that --

18          MS. O'MALLEY:  That would be compensable.

19          THE COURT:  It is?

20          MS. O'MALLEY:  I haven't received any others.  One

21     thing that we --

22          THE COURT:  I thought transportation to come to court

23     or to assist in the investigation was, but I am --

24          MS. O'MALLEY:  No.  I think it, in order to get back

25     and forth to counseling services, I am pretty sure is covered.

1    I'd have to pull out my book to review it.

2          But one thing I could suggest, Your Honor, that we could

3    do is defer the restitution issue so that we can confirm and

4    the Court can leave it open for 90 days, and that way, if

5    anyone does still want to make a request, they could.

6          THE COURT:  Okay.  We will talk about it.  While I

7    talk to -- well, before we finish, we need to discuss that some

8    more.

9          You do request the forfeiture of the phones?

10         MS. O'MALLEY:  Yes, Your Honor.

11         And in terms of conditions of supervised release, Your

12   Honor, my hope is that he will never be on supervised release.

13         THE COURT:  Understood.

14         MS. O'MALLEY:  But should he be, then all the

15   conditions probation recommends are fine with me.

16         THE COURT:  Okay.  Mr. Chamble.

17         MR. CHAMBLE:  Your Honor, we would ask the Court not

18   to adopt the government's recommendation of a 100-year sentence

19   for this particular offense.  One atrocity does not justify

20   begetting another, and that is, in effect, what the government

21   is asking for.

22         We can all agree, as Mr. Deonte Carraway has already

23   exhibited to the Court when he accepted responsibility for this

24   offense, that what he did was inexcusable.  And because he

25   wanted to minimize harm, further harm to the victims and the

1  families, he accepted responsibility.

2          Over the last year, he has had much time to grow, evolve,

3  and think about how he got to be where he is today.

4          He committed this offense in his early 20s, 22 years of

5  age.  A man's body, with a child's mind.  And that is something

6  that the government conveniently glosses over when it speaks to

7  the report that I had created to inform everybody about the

8  context of this offense.

9          And so I ask the Court, not in the name of the victims,

10  not the parents, the children, not in their name, not to

11  sentence my client to 100 years.  We are not here because of a

12  mass shooting.  We are not here because of a bombing, providing

13  aid to terrorists, involved in abuse by the church.

14          This is a young man, at 22 years of age, with an IQ, as

15  reported, in the 60s, with a history of trauma and abuse,

16  sexual and emotional abuse.  This is a young man who truly did

17  not appreciate what he was doing until after the fact.  And we

18  know the truth of that, Your Honor, based upon the evaluation

19  by Dr. Marshall.

20          This is a young man, again, ironically, he, himself, in a

21  school setting, was abused.  Ironically, why do hurt people

22  then hurt?  How does the cycle of pain just continue?  The

23  government would have you discount his own abuse but

24  acknowledge that his abuse of these young children may result

25  in them down the road being abusers.  You can't have your cake

1    and eat it too.

2        We have all been in this courtroom in similar situations
3    and we know about the cycle of pain.  This is not a young man,
4    an adult free of disabilities, deficits, who, with a black
5    heart, an evil heart, a dark heart, committed these offenses.
6    In an ironic sense, I liken Mr. Carraway to the John Steinbeck
7    character Lenny in Of Mice and Men, grown, with the mind of a
8    child.

9        He did not appreciate at the time what the significance
10   of this is.  We know this when the Court reads the letter from
11   his mother, who is a firsthand witness as to how he struggled
12   to interact with his peers who abused him, who teased him, and
13   basically reinforced his, in his mind, that childish thought
14   process in a grown man's body.  So, he understands what he did
15   is horrible.

16       And as the government said, Well, he was a victim; he
17   should know better.  Well, the government should know better
18   that those who are victimized oftentimes will re-victimize
19   others without treatment, without counseling, without
20   intervention, something he has never had, and it just befuddles
21   me, the irony of this of this, Your Honor, is this, the
22   government is asking 100 years.  By virtue of this plea
23   agreement, I am asking the Court for 60 years.  Both are
24   tantamount to a de facto life sentence, both.  So there has got
25   to be, at some point, a diminishing value in terms of over

1    incarcerating an individual.  Should the Court sentence my
2    client to 60 years, we are talking about this young man would
3    be in his 70s.  Not released to become a predator again.  He
4    will be on lifetime supervised release.  Has to register.  And
5    is the government honestly suggesting that with treatment over
6    a 60-year period, that he would be a danger?  We can all cite
7    statistics about how there is a decline in recidivism as we get
8    older, specifically even sex offenders.  Once they hit 60, it
9    goes down, less than three percent.

10          So I think it's incredulous and dishonest, intellectually
11   dishonest to suggest that one has to lock up this young man, 24
12   years old right now, for 100 years for a crime he did when we
13   know the context of how it occurred.

14          And so the government talks about, in their memorandum,
15   they provided examples of 100-year sentences imposed across the
16   country.  I believe there was only one in this district, and I
17   was on the receiving end of that case, and I can tell you, and
18   as the Court knows, this is individualized sentencing.  You
19   look at the individual circumstances.  And this is -- and in
20   those cases, I can tell the Court, you didn't have somebody
21   with an IQ of 63.  You didn't have someone with cognitive
22   impairments.  You didn't have someone with the type of abuse he
23   suffered without any intervention.

24          So I think it's a gross distortion for the government to
25   wave these meaningless statistics about what other people have

1    done in other circumstances.  No, we got to look at the
2    individualized circumstances in this case.

3         And I will not have the government highjack
4    Dr. Marshall's report when it candidly, flaws and all, says
5    strong indication of pedophilia.  But she also lays out a
6    treatment regimen that should be employed to help a damaged
7    person.  And that's what we have here, Your Honor, someone who
8    commits an egregious act, hands down, no debate about that, but
9    we have to look beyond the crime and try to figure out how did
10   this happen?  Who is Deonte Carraway?  What are we dealing with
11   here?  And Your Honor, quite frankly, we are dealing with a
12   hurt individual.

13        As he said, he is not a monster.  He's done some
14   monstrous thing, but he is not a monster.  I have known him now
15   for over a year.  He's trapped.  He's confused.  But he had
16   dreams -- he has dreams, and he wanted to share that to the
17   Court, and he has.  He's put a lot of thought in those
18   writings.  And the government can try and twist it around all
19   they want, but those are his dreams.  They may be the dreams of
20   a child, but they are someone who has grown, someone who is
21   evolving, someone who has resigned himself to the fact that he
22   has forfeited his life.

23        But how much punishment is enough?  It is obscene that I
24   am asking this Court to sentence my client to 60 years for this
25   offense.  How much pound of flesh, how much blood loss is

1  necessary?

2       We need not over punish this individual, particularly now
3  that the Court has been armed with sufficient data to explain
4  how this horrible offense occurred.  And because this is a
5  public proceeding, I am not going to go into the particulars of
6  Dr. Marshall's report.  The Court has it.  I think there's
7  ample information in there to rebut the government's suggestion
8  that he should spend the rest of his life incarcerated.

9       He will be lucky if he can do 60 years, quite frankly.
10 That's the irony of this.  There's got to be a point of
11 diminishing returns, and we have already hit that mark.  My
12 hands are tied.  I am asking the Court for 60 years because I
13 have to.  I am not happy about it, but I have to.  But it's
14 more than sufficient when you weigh the circumstances of the
15 offense, the number of the individuals, the type of -- the way
16 this was accomplished, and then you look at this young man's
17 deficits.  There was -- there was -- this crime was committed.
18 Someone, in mind, chronically a child, with a low IQ, cognitive
19 deficits, committed the crime.

20      Once the blow back happened, adults and people kind of --
21 he sees now what he has done, and it shocks him.  He's stuck.
22 He knows he has to pay a price.

23      And so, Your Honor, I ask the Court for measured
24 punishment that will address all of the sentencing goals of
25 3553.  Deterrence, 60 years, respect for the law, the need for

1  education, rehabilitation, treatment, 60 years, 100 years, he's

2  going to live the rest of his life incarcerated.

3       I just think we need not overly punish.  I think the

4  goals can be met with 60 years.

5       I ask the Court to adopt the recommendation in

6  Dr. Marshall's report in terms of a designation.  She is

7  requesting or suggesting that USP Marion or Devens would be the

8  more appropriate federal facilities to aggressively treat

9  Mr. Carraway's deficits.  And these are not deficits that are

10 whole cloth.  They are real.  And because they are real, I

11 think we hold defendants like my client by a different

12 standard.  We don't execute individuals with my client's

13 deficits.  We certainly should not, by de facto sentencing,

14 accomplish that end.

15      And so for those reasons, Your Honor, I am asking the

16 Court, based upon the report of Dr. Marshall, the heartfelt

17 expressions to the Court by Mr. Carraway, the pain of a mother

18 who has struggled with what her son did, knowing who he is and

19 what he's been through, 60 years is more than sufficient, and

20 so we ask the Court to impose a 60-year sentence.

21           THE COURT:  Okay.  Do you have any objection if we

22 defer a final decision on any restitution?

23           MR. CHAMBLE:  I do not, Your Honor.  I do not.

24           THE COURT:  Okay.  Mr. Carraway, you now have an

25 opportunity, yourself, to tell me anything that you want me to

1  know.

2          THE DEFENDANT:  Your Honor, the Court, everything
3  that I am about to say is from my heart.  I feel really -- I
4  feel ashamed about my actions.  I feel ashamed that I hurt
5  these parents because I loved them.  I am not a monster that
6  people are portraying me to be.  I never been a monster in my
7  life.  My whole life, I have done things that I never knew why
8  I was doing them.  It just happens, and then I feel guilty
9  after I get caught doing them.

10         I am not a horrible person.  I am a nice person.  Some
11 people got to know me.  People just want to see me as a monster
12 that people portray me to be.  I loved these parents.  I ain't
13 never manipulate nobody in my life.

14         I have been through so many things in my life, kids have
15 my heart to the point where when I am around kids, like I said
16 in my report, when I am around kids, I feel like a child.  And
17 when people see me playing with kids, that's who I am.  When I
18 am around kids, kids see me as one of them, so they don't see
19 me as an adult.  That was my problem that I have been
20 struggling with while I have been locked up, thinking, I have
21 been around these kids so long that they felt like I was a
22 child.  And everything that they was doing and what I was
23 doing, they didn't think it was wrong.

24         But today, I am saying that it is wrong.  It's not okay
25 for any adult, under no circumstances, to do that to children

1    because children don't deserve to do that.  I don't believe in

2    hurt me, hurt you crime.  I believe that children shouldn't go

3    through this.  And I wasn't -- I didn't expect for all this to

4    happen.  I didn't want all this to happen.

5         I came here so I can tell the parents face-to-face that I

6    still love them.  I have been in the -- I have been in God's

7    word.  I became a pastor.  I have been giving people hope.  I

8    have been telling everybody every single day, I love these

9    parents.  I don't care how they feel about me right now.  I

10   said I love them, and nothing that nobody can say or do can

11   take my love away from them or their children.  That's what I

12   have been thinking about and that's where all my goals came

13   into place when I started thinking about what can I say that

14   can make a difference?  I can't take evil out of the world, but

15   I can make a difference by my speech.

16        Thank you, Your Honor.

17             THE COURT:  Thank you.

18        Thank you for your patience.

19        The parties presented the plea agreement to the Court

20   pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C),

21   asking the Court to agree to bind itself to a sentence in the

22   range proposed by the parties.

23        At the time of the guilty plea proceeding, I reserved my

24   determination so that I could review the materials and the

25   presentations of the parties.

1        I have done so and I agree to be bound by the terms of
2   the plea agreement.

3        I find that certainly the sentencing range provides the
4   Court with an appropriate framework for determining the
5   ultimate sentence.

6        Mr. Carraway is before the Court for sentencing on 15
7   counts of sexual exploitation of a minor for the purpose of
8   producing child pornography.

9        The bare recitation of the name of the offense, of
10  course, does nothing to describe the magnitude of the crimes.

11       Ms. O'Malley, in a calm voice today, outlined, again,
12  only in bare outline form, some more of the circumstances.

13       Mr. Chamble acknowledged, on behalf of Mr. Carraway, the
14  magnitude of it, and, well, there is just no way, Mr. Carraway,
15  to misstate the magnitude, the enormity of the harm you caused.

16       I know you are beginning to see, maybe, some of it, but
17  it's harm directly to the children involved, certainly to their
18  families, to their community; also, though, to the trust all of
19  us have in our institutions: school, church, community centers.
20  It harms the greater community as well.

21       Fortunately, someone noticed back last, what, end of
22  January, beginning of February, that something was amiss and
23  brought it to the attention of authorities who could act
24  promptly because I am certain that without that kind of
25  intervention, you would not have stopped.  You were simply not

1   capable of stopping, of seeing the harm you were causing.

2       So, while the conduct occurred over what I am told is a
3   few months, the magnitude of it is going way beyond that for
4   the children and their families directly.  It's going to go on
5   for years if not for their life.  And the community, as I have
6   said, is harmed as well in ways that are not quite as tangible,
7   I suppose.

8       One thing is clear, and that is, as Mr. Chamble also
9   said, you have forfeited the right to live in free society.  We
10  simply cannot tolerate or accept in any way this kind of
11  conduct.  There are ironies, some have called it,
12  contradictions, perhaps, if you were, yourself, a victim of
13  abuse of any sort, it's certainly a shame that it came out in
14  this fashion.  You certainly were not in a position, I gather,
15  to recognize what had happened to you and seek any help.  For
16  that, we are all sorry.

17      The facts of what happened here that give me additional
18  pause, however, were the steps you took to make sure that what
19  you were doing remained secret from adults.  And that tells me
20  that you had more of an appreciation as to the wrongness of
21  what you were doing than perhaps you have even yet
22  acknowledged.

23      You have said today that you didn't realize the harm you
24  were inflicting.  That may be true, but you knew, in some
25  sense, it was wrong knew, and, yet, you persisted.

1          I have to take into account many, many, many
2   considerations in deciding what sentence to impose: the nature
3   and circumstances of the offense and your history and
4   characteristics; a sentence does have to reflect the
5   seriousness, and, certainly, a minimum of 60 years is moving in
6   that direction.  I have to provide punishment.  I need to
7   deter, if I can, people who might commit this type of offense
8   in the future.  Very importantly, in my mind in this case, I
9   need to protect the public from further crimes of yours.  I do
10  need to try to provide you with needed educational training,
11  medical care.  I need to consider the kinds of sentences
12  available.  In this case, only a sentence of incarceration is
13  available.  I need to consider the guidelines.  I need to try
14  to avoid unwarranted disparities among defendants and need to
15  consider restitution.
16          I am persuaded that any sentence in the range the parties
17  have proposed would not be disparate in any sense.  I am
18  satisfied that there are sentences in an individualized
19  sentencing manner that would fall within this range and there
20  is nothing disparate about the parties' plea agreement.
21          In the federal system, as you know, we don't have parole.
22  Instead, a sentence is a sentence with the possibility of
23  earning some diminution of the term by good conduct in prison,
24  but as of now, that's only approximately 15-percent
25  possibility.

1          You are a young person.  You are only almost 24.  A

2    birthday coming up next month.  And I am certain, from where

3    you sit, that Mr. Chamble speaks correctly when he says that

4    even a 60-year sentence is, what did he say?, a de facto life

5    sentence.  I am not quite so sure that that's correct.  The

6    possibility is that you will live longer than that sentence.

7          On the other hand, the government's request for a

8    100-year sentence is pretty clearly beyond what would be

9    entailed in a life sentence.  And I am, frankly, going to

10   sentence you somewhere in between.

11         The federal system also currently has a protection at the

12   end of a sentence for people in your situation if the

13   authorities believe that the release of a person will be a --

14   present a danger.  There is a civil commitment procedure that

15   is available.  And that gives us, I think, some comfort in

16   these situations, that no matter what sentence a judge imposes,

17   if there is imminent release from the criminal sentence, that

18   there is a proceeding that can take place to determine whether

19   that's appropriate or not.

20         But be that as it may, I don't think the low end of the

21   parties' recommendation is sufficient.  I have thought, before

22   coming in today, obviously, a lot about the case.  The numbers

23   are pretty stark: 12 victims in this case who have been

24   identified, 15 counts, additional victims who may or may not

25   have been recorded are reported, and you may face charges in

1   another jurisdiction.

2          Congress decreed that even a single count of sexual

3   exploitation of a minor for purpose of creating or producing

4   child pornography carries a mandatory minimum sentence of 15

5   years.  There is a statutory maximum of 30 on each of the

6   counts.  That reflects just how serious this misconduct is.

7   And Congress has spoken, in no uncertain terms, that even one

8   count would carry a mandatory, required, absolute minimum of

9   15.  Multiply that by 12 children here, 15 counts, 20 victims

10  all together, and you see just how massive this misconduct

11  really is.

12         Mr. Carraway, I am going to sentence you to 75 years,

13  which is 900 months, in the Bureau of Prisons.  I think this is

14  most likely a life sentence.  If it is not, the civil

15  commitment can be considered if appropriate at that stage.  But

16  it gives me the confidence to know that you will not be in a

17  position to harm another child.  I know it's not in your heart

18  to harm, but it certainly has been your conduct, and I can't

19  allow that to happen again.

20         The sentence, accordingly, is 360 months on Count One, a

21  consecutive sentence of 360 months on Count Two, a consecutive

22  180-month sentence on Count Three, and then concurrent

23  360-month sentences on Counts Four through Fifteen.

24         If you are ever released, you will be on supervision,

25  supervised release, for your life.  The normal and ordinary

1    conditions of supervision will apply.

2         Mr. Chamble, do I need to read out loud all of the

3    recommended conditions of supervised release that are set forth

4    on pages 34 and 35 and 36?

5              MR. CHAMBLE:  The Court need not do that, Your Honor.

6              THE COURT:  All right.  Mr. Carraway, there are

7    special conditions that apply to your conduct if you are

8    released on supervision.  They are set forth in the presentence

9    report.  Some of them apply because of the nature of the

10   offense.  Others apply more generally because of the nature of

11   your misconduct.

12        I will not impose any fine.  The defendant obviously

13   lacks the financial resources.  But I do impose the special

14   assessment, which is $100 per count, for a total of $1500.

15   This is money that goes into a fund to help people who are

16   victims of crime, and, for that reason, have financial problems

17   that they didn't otherwise have.  It is a requirement of law

18   that I impose it, and I do so.

19        In addition, I am going to sign an order of forfeiture

20   directing that you forfeit any interest you otherwise have in

21   the blue cell phone and the white Samsung cell phone.  Those

22   were instrumentalities of these offenses and are to be

23   forfeited.

24        I will recommend to the Bureau of Prisons placement at an

25   appropriate federal facility with residential sex offender

1  treatment program, and I will point out that Marion and Devens
2  are two of those that currently have that.  I certainly hope
3  that the Bureau of Prisons will accede to that recommendation.
4          MS. O'MALLEY:  Your Honor, on the recommendation, the
5  government would ask the Court to include a sex offender
6  management program and sex offender treatment program.  The
7  Bureau of Prisons has both and we'd want a facility that has
8  the management aspect as well.
9          THE COURT:  Okay.
10          MR. CHAMBLE:  And I believe that's included in
11  Dr. Marshall's report, so that's why it's vitally important
12  that that be included in the presentence report.
13          THE COURT:  Okay.  Certainly.
14      We talked at the beginning that Mr. Carraway is, as of
15  today, in federal custody rather than state custody.  He has
16  been in state custody since February 6th, 2016.  Depending on
17  what happens in the state proceedings, if he is ever sentenced
18  there and gets credit, he would not then get credit against
19  this sentence for that time prior to today.  But I make my
20  sentences effective no later than today, and if he does not
21  receive credit from another authority on the time before, then
22  he would be entitled to credit against this for that year and a
23  half, but it's not something I can control at this point.
24      I will prepare and enter this judgment in writing and
25  copies will go out to everyone as soon as we have had a chance

1   to do that.

2       Mr. Carraway, you gave up some of your rights to appeal

3   when you entered into that plea agreement with the United

4   States Attorney's Office, so I am not sure that there is any

5   ground for appeal that you have not waived.  I am looking

6   quickly here.

7       Yes.  You gave up your right to appeal the sentence.  But

8   let me simply advise you that if you want to appeal, it must be

9   noted in writing within two weeks of when this judgment, my

10  order, is entered on the record of the court.  And that may be

11  today.  It may be tomorrow.  Please talk it over promptly with

12  Mr. Chamble because if you want to appeal, he would file that

13  notice of appeal, so talk it over with him as soon as you can.

14      Counsel, what have I neglected to talk about or left

15  unclear?

16          MR. CHAMBLE:  From the defense, the Court has covered

17  everything.

18          MS. O'MALLEY:  You have covered everything, Your

19  Honor.

20          THE COURT:  Was this a superseding?

21          MS. O'MALLEY:  I apologize.

22          THE COURT:  This was a superseding indictment?

23          MS. O'MALLEY:  Yes, Your Honor.  So the government

24  moves to dismiss the original indictment.

25          THE COURT:  Very good.

1           Okay.   If there is nothing else, then, that will conclude

2    this proceeding.

3           Thank you.

4           (The proceedings were concluded at 10:28 a.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

3           I, Renee A. Ewing, an Official Court

4   Reporter for the United States District Court for the District

5   of Maryland, do hereby certify that the foregoing is a true and

6   correct transcript of the stenographically reported proceedings

7   taken on the date and time previously stated in the above

8   matter; that the testimony of witnesses and statements of the

9   parties were correctly recorded in machine shorthand by me and

10  thereafter transcribed under my supervision with computer-aided

11  transcription to the best of my ability; and that I am neither

12  of counsel nor kin to any party in said action, nor interested

13  in the outcome thereof.

14

15              *Renee A. Ewing*

16

17              Renee A. Ewing, RPR, RMR, CRR
                Official Court Reporter
18              September 26, 2017

19

20

21

22

23

24

25

## $

**$100** [1] - 29:14
**$1500** [1] - 29:14
**$200** [1] - 14:14

## 1

**100** [12] - 4:17, 7:15, 7:21, 13:1, 13:10, 13:21, 14:1, 14:6, 16:11, 17:22, 18:12, 21:1
**100-year** [3] - 15:18, 18:15, 27:8
**10:28** [1] - 32:4
**10th** [1] - 2:16
**11(c)(1)(C** [1] - 23:20
**11-year-old** [2] - 8:3, 8:4
**12** [5] - 8:1, 8:5, 10:14, 27:23, 28:9
**12-year-old** [1] - 8:3
**13** [1] - 8:2
**13-year-old** [1] - 8:4
**15** [7] - 4:7, 7:24, 24:6, 27:24, 28:4, 28:9
**15-percent** [1] - 26:24
**176** [1] - 4:3
**177** [1] - 4:15
**180-month** [1] - 28:22

## 2

**20** [5] - 8:7, 8:9, 12:1, 12:22, 28:9
**2016** [1] - 30:16
**2017** [4] - 1:11, 7:24, 12:25, 33:17
**20770** [2] - 1:16, 1:21
**20s** [1] - 16:4
**21** [1] - 1:11
**22** [2] - 16:4, 16:14
**24** [2] - 18:11, 27:1
**26** [1] - 33:17
**28th** [1] - 3:5
**29** [1] - 4:2

## 3

**30** [1] - 28:5
**301** [3] - 1:17, 1:21, 1:24
**33** [6] - 4:18, 5:3, 5:6, 5:7, 5:16, 5:19
**34** [1] - 29:4
**344-0019** [1] - 1:21
**344-3227** [1] - 1:24
**344-4433** [1] - 1:17
**35** [1] - 29:4

**3553** [1] - 20:25
**36** [1] - 29:4
**360** [3] - 5:12, 28:20, 28:21
**360-month** [1] - 28:23

## 4

**43** [2] - 5:24, 7:9

## 5

**5G1.1(a** [1] - 4:5

## 6

**60** [11] - 17:23, 18:2, 18:8, 19:24, 20:9, 20:12, 20:25, 21:1, 21:4, 21:19, 26:5
**60-year** [3] - 18:6, 21:20, 27:4
**60s** [1] - 16:15
**63** [1] - 18:21
**6406** [1] - 1:15
**6411** [1] - 1:20
**6th** [1] - 30:16

## 7

**70** [1] - 12:4
**70s** [1] - 18:3
**710** [1] - 1:20
**75** [1] - 28:12

## 8

**80-year-old** [1] - 12:5
**800** [1] - 1:16
**8th** [1] - 3:6

## 9

**90** [1] - 15:4
**900** [1] - 28:13
**911** [1] - 10:4
**9:30** [1] - 1:11

## A

**a.m** [1] - 32:4
**A.M** [1] - 1:11
**ability** [1] - 33:11
**absolute** [1] - 28:8
**absolutely** [1] - 6:19
**abuse** [14] - 8:1, 8:15, 11:1, 12:25, 13:3, 13:4, 14:2, 16:13, 16:15, 16:16, 16:23, 16:24, 18:22, 25:13

**abused** [5] - 8:10, 8:25, 14:5, 16:21, 17:12
**abusers** [1] - 16:25
**abusing** [1] - 12:5
**accede** [1] - 30:3
**accept** [1] - 25:10
**accepted** [2] - 15:23, 16:1
**access** [3] - 6:14, 9:10, 10:7
**accomplish** [1] - 21:14
**accomplished** [1] - 20:16
**accordingly** [1] - 28:20
**account** [3] - 10:14, 12:24, 26:1
**accurate** [2] - 4:11, 6:4
**acknowledge** [1] - 16:24
**acknowledged** [2] - 24:13, 25:22
**act** [2] - 19:8, 24:23
**action** [1] - 33:12
**actions** [1] - 22:4
**acts** [8] - 9:1, 9:7, 9:13, 9:16, 9:18, 10:9, 10:22, 11:22
**addition** [1] - 29:19
**additional** [2] - 25:17, 27:24
**address** [1] - 20:24
**addresses** [1] - 13:15
**adequately** [1] - 13:15
**adopt** [2] - 15:18, 21:5
**adult** [3] - 17:4, 22:19, 22:25
**adults** [2] - 20:20, 25:19
**advantage** [1] - 10:1
**advise** [1] - 31:8
**affected** [1] - 2:17
**affects** [2] - 4:8, 13:4
**age** [4] - 12:2, 14:6, 16:5, 16:14
**Agent** [1] - 2:9
**ages** [2] - 8:2, 12:15
**aggressively** [1] - 21:8
**agree** [5] - 4:12, 7:8, 15:22, 23:21, 24:1
**agreed** [1] - 4:16
**agreement** [6] - 3:11, 17:23, 23:19, 24:2, 26:20, 31:3
**aid** [1] - 16:13
**AIDED** [1] - 1:25

**aided** [1] - 33:10
**ain't** [1] - 22:12
**AKA** [1] - 8:19
**allow** [1] - 28:19
**allows** [2] - 13:12, 13:14
**almost** [1] - 27:1
**AMERICA** [1] - 1:5
**amiss** [1] - 24:22
**amount** [1] - 13:6
**ample** [1] - 20:7
**anal** [3] - 8:14, 9:14, 9:15
**anxiety** [2] - 10:21, 12:14
**anyway** [2] - 3:1, 13:5
**apologize** [1] - 31:21
**appeal** [6] - 31:2, 31:5, 31:7, 31:8, 31:12, 31:13
**appended** [1] - 6:7
**applicable** [2] - 4:5, 4:6
**apply** [4] - 29:1, 29:7, 29:9, 29:10
**appreciate** [2] - 16:17, 17:9
**appreciation** [1] - 25:20
**appropriate** [5] - 21:8, 24:4, 27:19, 28:15, 29:25
**armed** [1] - 20:3
**ashamed** [1] - 22:4
**aspect** [1] - 30:8
**Ass** [2] - 8:19
**assessment** [1] - 29:14
**assist** [1] - 14:23
**atrocity** [1] - 15:19
**attach** [1] - 6:15
**attached** [1] - 3:8
**attachments** [2] - 3:5, 3:6
**attention** [1] - 24:23
**ATTORNEY** [1] - 1:14
**Attorney's** [1] - 31:4
**August** [2] - 2:16, 3:5
**AUGUST** [1] - 7:1
**authorities** [2] - 24:23, 27:13
**authority** [1] - 30:21
**available** [3] - 26:12, 26:13, 27:15
**avoid** [1] - 26:14
**aware** [1] - 7:13
**awful** [1] - 8:13

## B

**background** [1] - 11:9
**bad** [2] - 9:16, 9:22
**bare** [2] - 24:9, 24:12
**based** [3] - 7:25, 16:18, 21:16
**became** [1] - 23:7
**become** [2] - 8:19, 18:3
**BEFORE** [1] - 1:10
**befuddles** [1] - 17:20
**began** [1] - 9:13
**begetting** [1] - 15:20
**begin** [1] - 2:14
**beginning** [3] - 24:16, 24:22, 30:14
**behalf** [2] - 2:11, 24:13
**behaviors** [1] - 11:17
**believes** [1] - 7:15
**best** [2] - 9:8, 33:11
**betrayed** [2] - 10:25, 11:7
**better** [2] - 17:17
**between** [4] - 3:12, 8:1, 8:8, 27:10
**beyond** [4] - 10:23, 19:9, 25:3, 27:8
**bind** [1] - 23:21
**birthday** [1] - 27:2
**black** [1] - 17:4
**blinds** [1] - 2:21
**blood** [1] - 19:25
**blow** [1] - 20:20
**blue** [1] - 29:21
**body** [2] - 16:5, 17:14
**bombing** [1] - 16:12
**book** [1] - 15:1
**bound** [1] - 24:1
**boy** [2] - 8:3, 8:4
**boys** [1] - 8:3
**bring** [1] - 13:7
**brought** [1] - 24:23
**building** [1] - 12:18
**Bureau** [7] - 6:4, 6:9, 6:16, 28:13, 29:24, 30:3, 30:7
**buttocks** [1] - 8:21
**BY** [3] - 1:14, 1:15, 1:19

## C

**cake** [1] - 16:25
**calculated** [1] - 7:6
**calm** [1] - 24:11
**cameras** [1] - 8:23
**candidly** [1] - 19:4

**cannot** [3] - 13:7, 13:11, 25:10
**capable** [1] - 25:1
**cards** [1] - 8:17
**care** [2] - 23:9, 26:11
**Carraway** [45] - 2:6, 2:12, 3:18, 7:3, 8:6, 8:10, 8:13, 8:21, 8:25, 9:3, 9:9, 9:11, 9:12, 9:13, 9:18, 9:22, 10:1, 10:13, 10:16, 10:22, 11:1, 11:4, 11:5, 11:9, 11:16, 11:17, 11:19, 12:6, 12:10, 12:17, 12:20, 15:22, 17:6, 19:10, 21:17, 21:24, 24:6, 24:13, 24:14, 28:12, 29:6, 30:14, 31:2
**CARRAWAY** [1] - 1:8
**Carraway's** [9] - 7:20, 8:19, 8:24, 10:23, 11:9, 11:11, 12:24, 13:2, 21:9
**carries** [1] - 28:4
**carry** [1] - 28:8
**case** [16] - 4:7, 4:9, 7:15, 7:17, 7:22, 8:8, 8:9, 13:6, 13:23, 18:17, 19:2, 26:8, 26:12, 27:22, 27:23
**Case** [1] - 2:6
**cases** [4] - 12:3, 12:4, 13:22, 18:20
**caught** [1] - 22:9
**caused** [2] - 14:3, 24:15
**causing** [1] - 25:1
**cell** [2] - 29:21
**center** [3] - 9:20, 9:23, 12:18
**centers** [1] - 24:19
**certain** [2] - 24:24, 27:2
**certainly** [10] - 6:25, 21:13, 24:3, 24:17, 25:13, 25:14, 26:5, 28:18, 30:2, 30:13
**certify** [1] - 33:5
**CHAMBLE** [25] - 1:19, 2:11, 2:20, 2:23, 3:15, 3:19, 4:14, 5:2, 5:6, 5:8, 5:11, 5:13, 5:15, 5:19, 5:22, 5:25, 6:10, 6:13, 6:19, 7:4, 15:17, 21:23, 29:5, 30:10, 31:16
**Chamble** [9] - 2:12,

3:17, 7:2, 15:16, 24:13, 25:8, 27:3, 29:2, 31:12
**chance** [2] - 13:12, 30:25
**change** [1] - 3:22
**changed** [2] - 4:20, 5:25
**changes** [1] - 3:2
**character** [1] - 17:7
**characteristics** [3] - 11:8, 11:12, 26:4
**charges** [1] - 27:25
**CHASANOW** [1] - 1:10
**child** [12] - 7:25, 12:1, 12:8, 12:11, 17:8, 19:20, 20:18, 22:16, 22:22, 24:8, 28:4, 28:17
**child's** [1] - 16:5
**childhood** [2] - 10:16, 12:24
**childish** [1] - 17:13
**children** [55] - 8:7, 8:14, 8:16, 8:20, 8:22, 8:25, 9:1, 9:3, 9:10, 9:12, 9:13, 9:14, 9:15, 9:18, 9:21, 9:22, 9:23, 9:24, 10:2, 10:4, 10:7, 10:9, 10:11, 10:15, 10:16, 10:17, 10:20, 10:24, 11:2, 11:5, 11:10, 11:23, 11:25, 12:5, 12:7, 12:12, 12:13, 12:21, 12:23, 13:4, 13:7, 13:24, 13:25, 14:3, 14:5, 16:10, 16:24, 22:25, 23:1, 23:2, 23:11, 24:17, 25:4, 28:9
**children's** [2] - 9:8, 12:18
**choir** [1] - 9:5
**chronically** [1] - 20:18
**church** [2] - 16:13, 24:19
**circumstances** [9] - 8:12, 13:19, 18:19, 19:1, 19:2, 20:14, 22:25, 24:12, 26:3
**cite** [1] - 18:6
**cited** [1] - 13:20
**civil** [2] - 27:14, 28:14
**claimed** [1] - 11:22
**clear** [6] - 7:20, 10:25, 11:12, 12:13, 13:10, 25:8
**clearly** [1] - 27:8

**client** [4] - 16:11, 18:2, 19:24, 21:11
**client's** [1] - 21:12
**close** [1] - 21:17
**cloth** [1] - 21:10
**clothing** [1] - 9:11
**club** [3] - 8:19, 8:20, 8:24
**cognitive** [2] - 18:21, 20:18
**collecting** [1] - 8:16
**comfort** [1] - 27:15
**coming** [2] - 27:2, 27:22
**commit** [1] - 26:7
**commitment** [2] - 27:14, 28:15
**commits** [1] - 19:8
**committed** [7] - 7:17, 8:13, 13:18, 16:4, 17:5, 20:17, 20:19
**community** [4] - 24:18, 24:19, 24:20, 25:5
**compensable** [1] - 14:18
**comply** [1] - 10:5
**computer** [1] - 33:10
**COMPUTER** [1] - 1:25
**computer-aided** [1] - 33:10
**COMPUTER-AIDED** [1] - 1:25
**conclude** [1] - 32:1
**concluded** [1] - 32:4
**conclusions** [1] - 11:15
**concurrent** [1] - 28:22
**conditions** [6] - 2:18, 15:11, 15:15, 29:1, 29:3, 29:7
**conduct** [6] - 11:10, 25:2, 25:11, 26:23, 28:18, 29:7
**confidence** [1] - 28:16
**confirm** [2] - 4:25, 15:3
**confused** [1] - 19:15
**Congress** [2] - 28:2, 28:7
**consecutive** [2] - 28:21
**consider** [3] - 26:11, 26:13, 26:15
**considerations** [1] - 26:2
**considered** [1] - 28:15
**contemplated** [1] - 7:7
**contents** [1] - 3:21
**context** [2] - 16:8,

18:13
**continue** [1] - 16:22
**contradictions** [1] - 25:12
**control** [1] - 30:23
**conveniently** [1] - 16:6
**conviction** [1] - 4:6
**copies** [2] - 3:9, 30:25
**copy** [1] - 6:15
**correct** [6] - 4:1, 6:13, 6:22, 14:10, 27:5, 33:6
**corrected** [1] - 6:1
**corrections** [1] - 5:15
**correctly** [3] - 7:9, 27:3, 33:9
**Counsel** [1] - 2:2
**counsel** [6] - 2:8, 4:12, 4:23, 4:24, 31:14, 33:12
**counseling** [3] - 14:16, 14:25, 17:19
**counsels** [1] - 11:10
**count** [5] - 4:6, 4:8, 28:2, 28:8, 29:14
**Count** [3] - 28:20, 28:21, 28:22
**country** [5] - 12:4, 13:17, 13:21, 13:22, 18:16
**Counts** [1] - 28:23
**counts** [6] - 7:25, 10:13, 24:7, 27:24, 28:6, 28:9
**County** [2] - 2:8, 8:9
**couple** [1] - 3:9
**course** [1] - 24:10
**court** [2] - 14:22, 31:10
**COURT** [44] - 1:1, 1:23, 2:1, 2:3, 2:13, 2:21, 2:25, 3:17, 3:20, 4:2, 4:15, 5:4, 5:7, 5:9, 5:12, 5:14, 5:18, 5:21, 5:24, 6:2, 6:11, 6:14, 6:18, 6:20, 6:25, 7:2, 7:5, 14:10, 14:15, 14:17, 14:19, 14:22, 15:6, 15:13, 15:16, 21:21, 21:24, 23:17, 29:6, 30:9, 30:13, 31:20, 31:22, 31:25
**Court** [38] - 5:3, 5:8, 7:13, 12:10, 12:17, 13:2, 13:8, 13:20, 15:4, 15:17, 15:23, 16:9, 17:10, 17:23, 18:1, 18:18, 18:20,

19:17, 19:24, 20:3, 20:6, 20:12, 20:23, 21:5, 21:16, 21:17, 21:20, 22:2, 23:19, 23:21, 24:4, 24:6, 29:5, 30:5, 31:16, 33:3, 33:4, 33:17
**courtroom** [1] - 17:2
**courts** [1] - 13:17
**Courts** [2] - 13:21, 13:22
**covered** [3] - 14:25, 31:16, 31:18
**created** [1] - 16:7
**creating** [1] - 28:3
**credit** [5] - 13:2, 30:18, 30:21, 30:22
**crime** [8] - 13:9, 13:11, 18:12, 19:9, 20:17, 20:19, 23:2, 29:16
**crimes** [9] - 7:16, 7:20, 10:23, 12:21, 13:3, 13:14, 13:18, 24:10, 26:9
**criminal** [1] - 27:17
**Criminal** [2] - 2:6, 23:20
**CRIMINAL** [1] - 1:5
**CRR** [2] - 1:24, 33:16
**cure** [1] - 12:3
**curious** [1] - 11:20
**custody** [7] - 3:13, 4:20, 5:9, 7:15, 30:15, 30:16
**cycle** [2] - 16:22, 17:3

**D**

**damaged** [1] - 19:6
**danger** [2] - 18:6, 27:14
**Daniel** [1] - 2:7
**DANIEL** [1] - 1:15
**dared** [1] - 10:9
**dark** [1] - 17:5
**Dasovic** [1] - 6:14
**DASOVIC** [1] - 6:17
**data** [1] - 20:3
**date** [1] - 33:7
**dated** [1] - 3:4
**days** [1] - 15:4
**de** [3] - 17:24, 21:13, 27:4
**dealing** [4] - 12:2, 12:15, 19:10, 19:11
**debate** [1] - 19:8
**DEBORAH** [1] - 1:10
**deciding** [1] - 26:2
**decision** [1] - 21:22

decline [1] - 18:7
decreed [1] - 28:2
Defendant [1] - 1:9
defendant [11] - 3:4, 4:24, 7:24, 11:7, 11:22, 11:24, 13:12, 13:14, 14:1, 14:3, 29:12
DEFENDANT [2] - 1:18, 22:2
defendant's [2] - 6:12, 13:14
defendants [4] - 12:5, 13:18, 21:11, 26:14
DEFENDER [1] - 1:19
defense [1] - 31:16
defer [2] - 15:3, 21:22
deficits [6] - 17:4, 20:17, 20:19, 21:9, 21:13
delete [1] - 4:10
deleted [1] - 4:4
demands [1] - 10:5
DEONTE [1] - 1:8
Deonte [9] - 2:5, 2:12, 8:13, 8:18, 11:9, 11:19, 15:22, 19:10
depravity [1] - 13:9
depression [1] - 10:21
describe [1] - 24:10
described [1] - 9:11
deserve [2] - 14:6, 23:1
designation [1] - 21:6
desire [1] - 12:21
despicable [1] - 9:14
destroyed [1] - 12:22
destruction [1] - 10:14
details [1] - 11:15
Detective [1] - 2:9
deter [2] - 13:23, 26:7
determination [1] - 23:24
determine [1] - 27:18
determining [1] - 24:4
deterrence [1] - 20:25
devastated [1] - 12:12
devastating [1] - 9:17
Devens [2] - 21:7, 30:1
diagnosed [1] - 13:24
diagnosis [1] - 11:24
difference [3] - 12:19, 23:14, 23:15
different [2] - 5:23, 21:11
differently [1] - 7:7
difficulties [1] - 10:21

diminishing [2] - 17:25, 20:11
diminution [1] - 26:23
directing [1] - 29:20
direction [1] - 26:6
directly [3] - 3:7, 24:17, 25:4
disabilities [1] - 17:4
disclosed [1] - 12:25
discount [1] - 16:23
discuss [1] - 15:7
dishonest [2] - 18:10, 18:11
dismiss [1] - 31:24
disparate [2] - 26:17, 26:20
disparities [1] - 26:14
distortion [1] - 18:24
DISTRICT [3] - 1:1, 1:2, 1:11
District [2] - 33:4
district [1] - 18:16
DIVISION [1] - 1:3
DKC-16-0070 [2] - 1:5, 2:6
done [7] - 6:25, 7:9, 9:1, 19:13, 20:21, 22:7, 24:1
Dougher [1] - 2:10
down [5] - 2:22, 14:10, 16:25, 18:9, 19:8
Dr [9] - 11:14, 11:15, 11:19, 16:19, 19:4, 20:6, 21:6, 21:16, 30:11
dreams [5] - 12:18, 19:16, 19:19
duped [1] - 11:3

**E**

early [1] - 16:4
earning [1] - 26:23
eat [1] - 17:1
eclipse [1] - 2:24
education [1] - 21:1
educational [2] - 10:21, 26:10
effect [1] - 15:20
effective [3] - 3:24, 3:25, 30:20
egregious [1] - 19:8
elementary [2] - 8:17, 9:19
emotional [1] - 16:16
employed [1] - 19:6
end [6] - 12:21, 18:17, 21:14, 24:21, 27:12, 27:20
endure [1] - 13:16

engage [2] - 9:1, 10:9
engaged [3] - 8:14, 11:10, 12:8
enjoying [1] - 8:17
enormity [1] - 24:15
ensure [2] - 7:19, 12:10
ensures [2] - 13:25, 14:1
entailed [1] - 27:9
enter [1] - 30:24
entered [2] - 31:3, 31:10
entitled [1] - 30:22
equivalent [1] - 13:19
error [2] - 4:4, 4:16
ESQUIRE [3] - 1:14, 1:15, 1:19
evaluation [3] - 6:7, 11:14, 16:18
event [1] - 7:9
evil [2] - 17:5, 23:14
evolve [1] - 16:2
evolving [1] - 19:21
Ewing [4] - 1:24, 33:3, 33:15, 33:16
examples [2] - 13:20, 18:15
except [1] - 7:3
excused [1] - 14:4
excuses [1] - 11:9
execute [1] - 21:12
Exhibit [1] - 6:11
exhibited [1] - 15:23
expect [1] - 23:3
explain [1] - 20:3
exploitation [3] - 8:1, 24:7, 28:3
exploited [2] - 8:10, 14:5
expressed [1] - 12:20
expressions [1] - 21:17
extend [1] - 10:23
eyes [1] - 2:19

**F**

face [4] - 3:22, 23:5, 27:25
face-to-face [1] - 23:5
facilities [1] - 21:8
facility [2] - 29:25, 30:7
fact [4] - 11:11, 12:8, 16:17, 19:21
facto [1] - 17:24, 21:13, 27:4
facts [1] - 25:17
faith [1] - 11:6

fall [1] - 26:19
families [8] - 9:25, 10:24, 10:25, 11:6, 11:7, 16:1, 24:18, 25:4
family [1] - 10:6
fantasies [1] - 11:17
fashion [1] - 25:14
FBI [1] - 2:9
February [2] - 24:22, 30:16
FEDERAL [1] - 1:19
federal [7] - 3:12, 10:13, 21:8, 26:21, 27:11, 29:25, 30:15
Federal [1] - 23:20
felt [1] - 22:21
few [2] - 3:2, 25:3
Fifteen [1] - 28:23
figure [1] - 19:9
file [1] - 31:12
filed [2] - 3:4, 7:18
final [1] - 21:22
financial [2] - 29:13, 29:16
fine [3] - 2:23, 15:15, 29:12
finish [1] - 15:7
first [5] - 4:2, 5:10, 7:11, 11:23, 12:25
firsthand [1] - 17:11
five [2] - 6:23, 8:2
flaws [1] - 19:4
flesh [1] - 19:25
fondle [1] - 9:16
fooled [1] - 9:9
FOR [3] - 1:2, 1:13, 1:18
foregoing [1] - 33:5
forfeit [1] - 29:20
forfeited [3] - 19:22, 25:9, 29:23
forfeiture [3] - 3:10, 15:9, 29:19
form [1] - 24:12
forth [4] - 14:14, 14:25, 29:3, 29:8
fortunately [1] - 24:21
four [1] - 8:3
Four [1] - 28:23
fourth [1] - 8:17
framework [1] - 24:4
frankly [3] - 19:11, 20:9, 27:9
free [2] - 17:4, 25:9
front [2] - 3:1, 10:4
fund [1] - 29:15
future [1] - 26:8

**G**

gain [1] - 9:9
gained [2] - 9:3, 11:1
game [2] - 10:10
GARDNER [1] - 1:15
Gardner [1] - 2:7
gas [1] - 14:13
gather [1] - 25:14
generally [1] - 29:10
genitals [1] - 8:21
George's [2] - 2:8, 8:9
girl [1] - 8:4
given [2] - 11:24, 13:9
glasses [1] - 2:24
glosses [1] - 16:6
goals [3] - 20:24, 21:4, 23:12
God's [1] - 23:6
government [18] - 3:8, 3:11, 3:12, 7:14, 7:15, 15:20, 16:6, 16:23, 17:16, 17:17, 17:22, 18:5, 18:14, 18:24, 19:3, 19:18, 30:5, 31:23
government's [4] - 3:5, 15:18, 20:7, 27:7
grade [1] - 8:17
greater [1] - 24:20
GREENBELT [1] - 1:12
Greenbelt [2] - 1:16, 1:21
gross [1] - 18:24
ground [1] - 31:5
grow [1] - 16:2
grown [3] - 17:7, 17:14, 19:20
guideline [4] - 4:11, 4:19, 5:10, 7:10
guidelines [4] - 4:5, 4:9, 7:5, 26:13
guilty [5] - 7:24, 10:13, 11:3, 22:8, 23:23

**H**

half [1] - 30:23
hand [1] - 27:7
handedly [1] - 12:22
hands [2] - 12:8, 19:8, 20:12
hands-on [1] - 12:8
happy [1] - 20:13
harm [9] - 11:25, 15:25, 24:15, 24:17, 25:1, 25:23, 28:17,

28:18
**harmed** [1] - 25:6
**harming** [1] - 13:24
**harms** [1] - 24:20
**health** [1] - 10:22
**heard** [2] - 12:4, 14:7
**heart** [7] - 9:8, 17:5, 22:3, 22:15, 28:17
**heartfelt** [1] - 21:16
**help** [4] - 9:6, 19:6, 25:15, 29:15
**hereby** [1] - 33:5
**high** [1] - 12:6
**highjack** [1] - 19:3
**himself** [2] - 16:20, 19:21
**history** [6] - 11:8, 11:11, 13:2, 13:3, 16:15, 26:3
**hit** [2] - 18:8, 20:11
**hold** [1] - 21:11
**homes** [2] - 9:20, 9:24
**homework** [1] - 9:6
**honestly** [1] - 18:5
**Honor** [34] - 2:2, 2:11, 3:15, 3:16, 4:13, 4:25, 5:1, 5:2, 6:6, 6:17, 6:22, 7:4, 7:12, 7:13, 7:19, 14:9, 14:12, 15:2, 15:10, 15:12, 15:17, 16:18, 17:21, 19:7, 19:11, 20:23, 21:15, 21:23, 22:2, 23:16, 29:5, 30:4, 31:19, 31:23
**HONORABLE** [1] - 1:10
**hope** [3] - 15:12, 23:7, 30:2
**horrible** [4] - 11:10, 17:15, 20:4, 22:10
**humanity** [1] - 11:7
**hurt** [8] - 11:24, 12:12, 16:21, 16:22, 19:12, 22:4, 23:2

### I

**identified** [1] - 27:24
**imminent** [1] - 27:17
**impact** [7] - 3:7, 6:23, 10:3, 10:23, 10:25, 12:13, 14:13
**impairments** [1] - 18:22
**important** [1] - 30:11
**importantly** [2] - 6:3, 26:8
**impose** [5] - 21:20, 26:2, 29:12, 29:13,

29:18
**imposed** [1] - 18:15
**imposes** [1] - 27:16
**IN** [1] - 1:1
**incarcerated** [2] - 20:8, 21:2
**incarcerating** [1] - 18:1
**incarceration** [1] - 26:12
**include** [1] - 30:5
**included** [2] - 30:10, 30:12
**includes** [1] - 8:2
**incorrect** [1] - 5:14
**increased** [1] - 10:20
**incredulous** [1] - 18:10
**indeed** [1] - 3:19
**indication** [1] - 19:5
**indictment** [2] - 31:22, 31:24
**individual** [4] - 18:1, 18:19, 19:12, 20:2
**individualized** [3] - 18:18, 19:2, 26:18
**individuals** [2] - 20:15, 21:12
**indoctrinated** [1] - 8:18
**inexcusable** [1] - 15:24
**inflicting** [1] - 25:24
**inform** [1] - 16:7
**information** [2] - 3:23, 20:7
**innocence** [4] - 10:14, 10:15, 11:6, 13:7
**instead** [3] - 8:18, 10:10, 26:22
**institutions** [1] - 24:19
**instrumentalities** [1] - 29:22
**intellectually** [1] - 18:10
**interact** [1] - 17:12
**interest** [2] - 12:7, 29:20
**interested** [1] - 33:12
**interests** [1] - 9:8
**intervention** [3] - 17:20, 18:23, 24:25
**investigation** [1] - 14:23
**involved** [3] - 8:8, 16:13, 24:17
**IQ** [3] - 16:14, 18:21, 20:18
**ironic** [2] - 12:20, 17:6
**ironically** [2] - 16:20,

16:21
**ironies** [1] - 25:11
**irony** [2] - 17:21, 20:10
**issue** [1] - 15:3
**issues** [2] - 3:20, 10:22
**itself** [1] - 23:21
**Ivy** [2] - 1:15, 1:20

### J

**Jacqueline** [1] - 2:9
**January** [2] - 7:24, 24:22
**Jennifer** [1] - 2:9
**JOHN** [1] - 1:19
**John** [2] - 2:12, 17:6
**join** [1] - 9:5
**judge** [1] - 27:16
**JUDGE** [1] - 1:11
**judgment** [2] - 30:24, 31:9
**July** [1] - 3:4
**jurisdiction** [3] - 3:13, 3:24, 28:1
**justice** [2] - 13:6, 14:6
**justify** [1] - 15:19

### K

**Kick** [1] - 8:19
**kids** [14] - 9:4, 9:5, 10:4, 10:7, 11:19, 11:20, 22:14, 22:15, 22:16, 22:17, 22:18, 22:21
**kin** [1] - 33:12
**kind** [3] - 20:20, 24:24, 25:10
**kinds** [1] - 26:11
**knowing** [1] - 21:18
**known** [1] - 19:14
**knows** [3] - 13:4, 18:18, 20:22
**KRISTI** [1] - 1:14
**Kristi** [1] - 2:7

### L

**lacks** [1] - 29:13
**Lane** [2] - 1:15, 1:20
**last** [3] - 5:8, 16:2, 24:21
**law** [2] - 20:25, 29:17
**lays** [1] - 19:5
**leave** [1] - 15:4
**leaves** [1] - 14:2
**left** [1] - 31:14
**lengthy** [1] - 7:18

**lenient** [1] - 11:11
**Lenny** [1] - 17:7
**less** [2] - 13:1, 18:9
**lesser** [1] - 7:16
**letter** [1] - 17:10
**level** [3] - 5:16, 5:19, 5:22
**life** [16] - 4:20, 5:14, 13:19, 17:24, 19:22, 20:8, 21:2, 22:7, 22:13, 22:14, 25:5, 27:4, 27:9, 28:14, 28:25
**lifetime** [2] - 13:15, 18:4
**likely** [1] - 28:14
**liken** [1] - 17:6
**live** [4] - 2:20, 21:2, 25:9, 27:6
**lives** [2] - 12:19, 12:22
**living** [1] - 12:14
**local** [1] - 9:19
**lock** [1] - 18:11
**locked** [1] - 22:20
**look** [5] - 4:18, 18:19, 19:1, 19:9, 20:16
**looking** [1] - 5:23, 11:8, 31:5
**loss** [2] - 10:15, 19:25
**lost** [1] - 11:4
**loud** [1] - 29:2
**love** [4] - 23:6, 23:8, 23:10, 23:11
**loved** [2] - 22:5, 22:12
**loves** [1] - 11:19
**low** [2] - 20:18, 27:20
**lucky** [1] - 20:9

### M

**machine** [1] - 33:9
**magically** [1] - 12:3
**magnitude** [4] - 24:10, 24:14, 24:15, 25:3
**man** [6] - 16:14, 16:16, 16:20, 17:3, 18:2, 18:11
**man's** [3] - 16:5, 17:14, 20:16
**management** [2] - 30:6, 30:8
**mandatory** [2] - 28:4, 28:8
**manipulate** [1] - 22:13
**manipulated** [1] - 10:6
**manipulation** [1] - 10:1
**manner** [1] - 26:19
**Marion** [2] - 21:7, 30:1
**mark** [1] - 20:11

**marshall** [2] - 11:14, 16:19
**Marshall** [3] - 11:15, 11:19, 21:16
**Marshall's** [4] - 19:4, 20:6, 21:6, 30:11
**MARYLAND** [2] - 1:2, 1:12
**Maryland** [3] - 1:16, 1:21, 33:5
**mass** [1] - 16:12
**massive** [1] - 28:10
**materials** [1] - 23:24
**matter** [2] - 27:16, 33:8
**maximum** [4] - 4:8, 4:16, 28:5
**meaningless** [1] - 18:25
**measured** [1] - 20:23
**medical** [1] - 26:11
**member** [1] - 8:20
**members** [1] - 10:6
**memo** [4] - 3:9, 7:14, 7:18, 10:19
**memorandum** [5] - 3:4, 3:5, 6:12, 13:20, 18:14
**memories** [1] - 9:22
**Men** [1] - 17:7
**mental** [1] - 10:22
**message** [3] - 13:11, 14:2, 14:6
**met** [1] - 21:4
**Mice** [1] - 17:7
**might** [2] - 3:2, 26:7
**mind** [5] - 16:5, 17:7, 17:13, 20:18, 26:8
**mine** [1] - 5:24
**minimize** [1] - 15:25
**minimum** [3] - 26:5, 28:4, 28:8
**minor** [2] - 24:7, 28:3
**minute** [2] - 2:24, 3:3
**misconduct** [3] - 28:6, 28:10, 29:11
**misleading** [1] - 4:7
**misstate** [1] - 24:15
**MONDAY** [1] - 1:11
**money** [2] - 14:13, 29:15
**monster** [5] - 19:13, 19:14, 22:5, 22:6, 22:11
**monstrous** [1] - 19:14
**month** [1] - 27:2
**months** [5] - 5:12, 25:3, 28:13, 28:20, 28:21
**morning** [3] - 2:1, 2:2,

2:11
**most** [3] - 3:10, 6:3, 28:14
**mother** [3] - 9:10, 17:11, 21:17
**move** [2] - 2:22, 9:25
**moves** [1] - 31:24
**moving** [1] - 26:5
**MR** [24] - 2:11, 2:20, 2:23, 3:15, 3:19, 4:14, 5:2, 5:6, 5:8, 5:11, 5:13, 5:15, 5:19, 5:22, 5:25, 6:10, 6:13, 6:19, 7:4, 15:17, 21:23, 29:5, 30:10, 31:16
**MS** [20] - 2:5, 3:16, 3:25, 4:13, 4:25, 6:6, 6:22, 7:1, 7:12, 14:12, 14:16, 14:18, 14:20, 14:24, 15:10, 15:14, 30:4, 31:18, 31:21, 31:23
**multiple** [1] - 8:12
**multiply** [1] - 28:9
**municipal** [2] - 9:19, 9:23
**must** [1] - 31:8

## N

**name** [3] - 16:9, 16:10, 24:9
**naturally** [1] - 11:3
**nature** [4] - 8:12, 26:2, 29:9, 29:10
**necessary** [2] - 4:22, 20:1
**need** [14] - 3:22, 15:7, 20:2, 20:25, 21:3, 26:6, 26:9, 26:10, 26:11, 26:13, 26:14, 29:2, 29:5
**needed** [2] - 3:2, 26:10
**needs** [2] - 4:20, 6:4
**neglected** [1] - 31:14
**never** [13] - 10:15, 11:12, 11:24, 12:10, 12:15, 13:25, 14:1, 14:3, 15:12, 17:20, 22:6, 22:7, 22:13
**newly** [1] - 12:21
**next** [1] - 27:2
**nice** [1] - 22:10
**nightmare** [1] - 10:11
**nightmares** [1] - 12:14
**nine** [4] - 8:2, 8:3, 8:14, 9:15
**nine-year-old** [1] - 8:3

**NO** [1] - 1:5
**nobody** [2] - 22:13, 23:10
**NOEL** [1] - 1:14
**none** [1] - 10:10
**normal** [1] - 28:25
**note** [2] - 10:3, 14:12
**noted** [5] - 5:3, 5:8, 10:19, 11:16, 31:9
**NOTES** [1] - 1:25
**nothing** [5] - 11:9, 23:10, 24:10, 26:20, 32:1
**notice** [1] - 31:13
**noticed** [1] - 24:21
**number** [2] - 13:10, 20:15
**numbers** [1] - 27:22
**numerous** [1] - 13:20

## O

**O'Malley** [6] - 2:4, 2:7, 3:24, 6:20, 7:11, 24:11
**O'MALLEY** [21] - 1:14, 2:5, 3:16, 3:25, 4:13, 4:25, 6:6, 6:22, 7:1, 7:12, 14:12, 14:16, 14:18, 14:20, 14:24, 15:10, 15:14, 30:4, 31:18, 31:21, 31:23
**objection** [2] - 4:14, 21:21
**obscene** [1] - 19:23
**obsessive** [1] - 12:7
**obviously** [2] - 27:22, 29:12
**occurred** [4] - 9:17, 18:13, 20:4, 25:2
**OF** [6] - 1:2, 1:5, 1:10, 1:14, 1:19, 1:25
**offender** [3] - 29:25, 30:5, 30:6
**offenders** [1] - 18:8
**offending** [1] - 12:6
**offense** [14] - 5:16, 5:19, 5:22, 15:19, 15:24, 16:4, 16:8, 19:25, 20:4, 20:15, 24:9, 26:3, 26:7, 29:10
**offenses** [4] - 8:12, 12:9, 17:5, 29:22
**offered** [3] - 9:4, 9:5, 9:6
**OFFICE** [2] - 1:14, 1:19
**Office** [1] - 31:4
**office** [1] - 7:8

**OFFICER** [1] - 6:17
**OFFICIAL** [1] - 1:23
**official** [1] - 33:17
**Official** [1] - 33:3
**oftentimes** [1] - 17:18
**old** [5] - 8:2, 8:3, 8:15, 9:15, 18:12
**older** [1] - 18:8
**once** [3] - 9:12, 18:8, 20:20
**One** [1] - 28:20
**one** [22] - 4:8, 6:21, 7:21, 8:3, 8:4, 9:4, 9:10, 11:23, 12:1, 13:8, 13:24, 14:12, 14:20, 15:2, 15:19, 18:11, 18:16, 22:18, 25:8, 28:7
**ones** [1] - 8:6
**open** [1] - 15:4
**opportunity** [2] - 12:11, 21:25
**oral** [2] - 8:14, 9:15
**order** [4] - 3:10, 14:24, 29:19, 31:10
**ordinary** [1] - 28:25
**original** [1] - 31:24
**otherwise** [2] - 29:17, 29:20
**outcome** [1] - 33:13
**outline** [1] - 24:12
**outlined** [1] - 24:11
**overly** [1] - 21:3
**own** [6] - 9:20, 9:24, 10:2, 12:20, 12:24, 16:23

## P

**page** [5] - 4:2, 4:18, 5:6, 5:7, 5:19
**pages** [1] - 29:4
**pain** [4] - 14:7, 16:22, 17:3, 21:17
**papers** [1] - 2:14
**paragraph** [5] - 4:3, 4:15, 5:2, 5:5, 5:16
**parents** [12] - 9:4, 9:7, 9:9, 9:13, 9:21, 11:3, 11:4, 16:10, 22:5, 22:12, 23:5, 23:9
**parole** [1] - 26:21
**part** [1] - 6:8
**particular** [1] - 15:19
**particularly** [2] - 12:6, 20:2
**particulars** [1] - 20:5
**parties** [14] - 7:7, 23:19, 23:22, 23:25, 26:16, 33:9

**parties'** [2] - 26:20, 27:21
**party** [1] - 33:12
**pastor** [1] - 23:7
**patience** [1] - 23:18
**pause** [1] - 25:18
**pay** [1] - 20:22
**pedophile** [2] - 11:16, 13:24
**pedophilia** [2] - 12:3, 19:5
**peers** [1] - 17:12
**people** [14] - 11:5, 12:19, 16:21, 18:25, 20:20, 22:6, 22:11, 22:12, 22:17, 23:7, 26:7, 27:12, 29:15
**per** [1] - 29:14
**percent** [1] - 18:9
**perform** [2] - 9:15, 9:18
**perhaps** [2] - 25:12, 25:21
**period** [1] - 18:6
**persisted** [1] - 25:25
**person** [5] - 19:7, 22:10, 27:1, 27:13
**persuaded** [1] - 26:16
**perverse** [1] - 10:2
**phone** [2] - 29:21
**phones** [2] - 8:22, 15:9
**picture** [1] - 8:20
**pictures** [2] - 8:25, 10:8
**place** [2] - 23:13, 27:18
**placement** [1] - 29:24
**places** [1] - 9:20
**Plaintiff** [1] - 1:6
**PLAINTIFF** [1] - 1:13
**playground** [1] - 8:16
**playing** [2] - 8:16, 8:17
**plea** [8] - 4:17, 7:8, 17:22, 23:19, 23:23, 24:2, 26:20, 31:3
**pleaded** [2] - 7:24, 10:13
**pleasure** [1] - 10:2
**point** [6] - 6:3, 17:25, 20:10, 22:15, 30:1, 30:23
**Pokemon** [1] - 8:17
**pornography** [4] - 7:25, 12:8, 24:8, 28:4
**portray** [1] - 22:12
**portraying** [1] - 22:6
**position** [2] - 25:14,

28:17
**possibility** [3] - 26:22, 26:25, 27:6
**possible** [1] - 6:5
**pound** [1] - 19:25
**predator** [1] - 18:3
**prepare** [1] - 30:24
**prepared** [1] - 11:14
**present** [1] - 27:14
**presentations** [1] - 23:25
**presented** [1] - 23:19
**presentence** [7] - 2:16, 3:18, 4:22, 6:7, 7:6, 29:8, 30:12
**pretending** [1] - 9:4
**pretty** [3] - 14:25, 27:8, 27:23
**previously** [1] - 33:7
**prey** [1] - 9:13
**price** [1] - 20:22
**Prince** [2] - 2:8, 8:9
**prison** [5] - 11:13, 13:13, 13:15, 14:2, 26:23
**Prisons** [7] - 6:4, 6:9, 6:16, 28:13, 29:24, 30:3, 30:7
**PROBATION** [1] - 6:17
**probation** [2] - 7:8, 15:15
**problem** [1] - 22:19
**problems** [1] - 29:16
**procedure** [1] - 27:14
**Procedure** [1] - 23:20
**proceeding** [4] - 20:5, 23:23, 27:18, 32:2
**proceedings** [3] - 30:17, 32:4, 33:6
**PROCEEDINGS** [1] - 1:10
**process** [1] - 17:14
**producing** [2] - 24:8, 28:3
**production** [1] - 7:25
**program** [2] - 30:1, 30:6
**promising** [1] - 10:7
**promptly** [2] - 24:24, 31:11
**proposed** [4] - 2:17, 3:10, 23:22, 26:17
**protect** [1] - 26:9
**protection** [1] - 27:11
**provide** [2] - 26:6, 26:10
**provided** [1] - 18:15
**provides** [1] - 24:3
**providing** [1] - 16:12

**provisions** [4] - 4:11, 4:19, 5:10
**psychological** [2] - 6:7, 11:14
**PUBLIC** [1] - 1:19
**public** [3] - 7:20, 20:5, 26:9
**pull** [4] - 2:23, 2:25, 9:21, 15:1
**punish** [2] - 20:2, 21:3
**punishment** [4] - 13:12, 19:23, 20:24, 26:6
**purpose** [2] - 24:7, 28:3
**purposes** [1] - 7:10
**pursuant** [1] - 23:20
**put** [2] - 12:21, 19:17

### Q

**quickly** [1] - 31:6
**quite** [5] - 12:20, 19:11, 20:9, 25:6, 27:5

### R

**range** [4] - 23:22, 24:3, 26:16, 26:19
**rather** [1] - 30:15
**re** [2] - 12:6, 17:18
**re-offending** [1] - 12:6
**re-victimize** [1] - 17:18
**read** [1] - 29:2
**reads** [1] - 17:10
**real** [2] - 21:10
**realize** [2] - 12:18, 25:23
**really** [2] - 22:3, 28:11
**reason** [2] - 13:1, 29:16
**reasons** [2] - 7:20, 21:15
**rebut** [1] - 20:7
**receive** [1] - 30:21
**received** [5] - 2:14, 3:7, 3:11, 6:23, 14:20
**receiving** [1] - 18:17
**recently** [1] - 3:11
**recidivism** [1] - 18:7
**recitation** [1] - 24:9
**recognize** [1] - 25:15
**recognized** [2] - 13:17, 13:23
**recommend** [1] - 29:24
**recommendation** [6] -

**4:19, 15:18, 21:5, 27:21, 30:3, 30:4
**recommended** [1] - 29:3
**recommends** [1] - 15:15
**record** [3] - 6:8, 7:20, 31:10
**recorded** [5] - 7:25, 8:11, 8:15, 27:25, 29:3
**recordings** [1] - 8:7
**references** [1] - 4:4
**reflect** [2] - 3:23, 26:4
**reflects** [2] - 13:9, 28:6
**refreshing** [1] - 11:15
**regained** [1] - 10:16
**regard** [1] - 3:21
**regarding** [1] - 3:12
**regimen** [1] - 19:6
**register** [1] - 18:4
**rehabilitation** [1] - 21:1
**reinforced** [1] - 17:13
**release** [8] - 3:23, 15:11, 15:12, 18:4, 27:13, 27:17, 28:25, 29:3
**released** [3] - 18:3, 28:24, 29:8
**remained** [1] - 25:19
**render** [1] - 11:17
**Renee** [4] - 1:24, 33:3, 33:15, 33:16
**reply** [1] - 2:2
**report** [14] - 2:16, 3:18, 4:22, 6:8, 7:6, 16:7, 19:4, 20:6, 21:6, 21:16, 22:16, 22:9, 30:11, 30:12
**reported** [3] - 16:15, 27:25, 33:6
**Reporter** [2] - 33:4, 33:17
**REPORTER** [1] - 1:23
**represents** [3] - 5:16, 5:20, 5:21
**request** [4] - 6:10, 15:5, 15:9, 27:7
**requesting** [1] - 21:7
**requests** [1] - 14:11
**required** [2] - 8:20, 28:8
**requirement** [1] - 29:17
**reserved** [1] - 23:23
**residential** [1] - 29:25
**resigned** [1] - 19:21
**resources** [1] - 29:13

**respect** [1] - 20:25
**responsibility** [2] - 15:23, 16:1
**rest** [2] - 20:8, 21:2
**restitution** [4] - 14:11, 15:3, 21:22, 26:15
**result** [1] - 16:24
**returns** [1] - 20:11
**revealed** [1] - 10:6
**review** [2] - 15:1, 23:24
**reviewed** [2] - 3:17, 7:19
**reviewing** [1] - 2:14
**revised** [2] - 2:16, 3:18
**revision** [3] - 2:17, 5:3, 5:8
**revisions** [1] - 4:21
**rights** [1] - 31:2
**Rio** [1] - 2:9
**risk** [3] - 10:20, 11:18, 12:6
**RMR** [2] - 1:24, 33:16
**road** [1] - 16:25
**robbed** [3] - 10:16, 11:5, 11:6
**RPR** [2] - 1:24, 33:16
**Rule** [1] - 23:20

### S

**sadly** [2] - 10:10, 11:24
**safe** [1] - 9:21
**Samsung** [1] - 29:21
**satisfied** [1] - 26:18
**school** [7] - 8:18, 9:6, 9:19, 9:22, 12:14, 16:21, 24:19
**screaming** [1] - 11:23
**seated** [1] - 2:3
**second** [1] - 4:3
**secret** [1] - 25:19
**secrets** [1] - 10:6
**see** [6] - 22:11, 22:17, 22:18, 24:16, 28:10
**seeing** [1] - 25:1
**seek** [1] - 25:15
**sees** [1] - 20:21
**send** [1] - 8:20
**sending** [1] - 8:25
**sends** [3] - 13:10, 14:2, 14:6
**SENIOR** [1] - 1:11
**sense** [3] - 17:6, 25:25, 26:17
**sentence** [43] - 4:3, 4:10, 7:14, 7:16, 7:22, 11:11, 13:1, 13:8, 13:10, 13:14,

13:23, 14:1, 15:18, 16:11, 17:24, 18:1, 19:24, 21:20, 23:21, 24:5, 26:2, 26:4, 26:12, 26:16, 26:22, 27:4, 27:5, 27:6, 27:8, 27:9, 27:10, 27:12, 27:16, 27:17, 28:4, 28:12, 28:14, 28:20, 28:21, 28:22, 30:19, 31:7
**sentenced** [1] - 30:17
**sentences** [7] - 13:19, 13:21, 18:15, 26:11, 26:18, 28:23, 30:20
**sentencing** [13] - 3:4, 4:18, 6:12, 7:13, 7:18, 10:19, 13:20, 18:18, 20:24, 21:13, 24:3, 24:6, 26:19
**SENTENCING** [1] - 1:10
**separate** [2] - 8:1, 10:14
**September** [1] - 33:17
**serious** [2] - 13:9, 28:6
**seriousness** [2] - 13:17, 26:5
**serve** [1] - 13:19
**services** [2] - 14:16, 14:25
**set** [2] - 29:3, 29:8
**setting** [1] - 16:21
**sex** [11] - 8:14, 9:14, 9:15, 9:16, 11:20, 18:8, 29:25, 30:5, 30:6
**sexual** [11] - 8:1, 9:1, 9:18, 10:2, 10:9, 11:22, 12:7, 12:25, 16:16, 24:7, 28:2
**sexually** [3] - 8:10, 8:25, 12:5
**shame** [1] - 25:13
**share** [1] - 19:16
**sheep's** [1] - 9:11
**sheet** [1] - 3:22
**shocks** [1] - 20:21
**shooting** [1] - 16:12
**short** [1] - 7:21
**shorthand** [1] - 33:9
**show** [1] - 10:19
**sic** [2] - 5:3, 5:16
**sign** [1] - 29:19
**significance** [1] - 17:9
**significant** [1] - 11:18
**similar** [3] - 13:18, 13:22, 17:2
**simply** [5] - 8:13, 9:17,

**24:25, 25:10, 31:8
**single** [4] - 4:6, 12:22, 23:8, 28:2
**single-handedly** [1] - 12:22
**sit** [2] - 14:10, 27:3
**situation** [1] - 27:12
**situations** [2] - 17:2, 27:16
**society** [3] - 11:25, 13:11, 25:9
**someone** [8] - 18:21, 18:22, 19:7, 19:20, 19:21, 20:18, 24:21
**somewhat** [1] - 7:7
**somewhere** [1] - 27:10
**son** [1] - 21:18
**soon** [2] - 30:25, 31:13
**sorry** [5] - 5:2, 5:4, 5:6, 5:18, 25:16
**sort** [1] - 25:13
**SOUTHERN** [1] - 1:3
**speaking** [1] - 6:21
**speaks** [2] - 16:6, 27:3
**Special** [1] - 2:9
**special** [2] - 29:7, 29:9
**specifically** [1] - 18:8
**speech** [2] - 23:15
**spend** [1] - 20:8
**spoken** [1] - 28:7
**stage** [1] - 28:15
**standard** [1] - 21:12
**stark** [1] - 27:23
**started** [1] - 23:13
**state** [4] - 3:12, 30:15, 30:16, 30:17
**statement** [2] - 4:11, 14:13
**statements** [8] - 3:7, 3:8, 6:24, 10:3, 10:25, 12:13, 33:8
**STATES** [4] - 1:1, 1:5, 1:11, 1:14
**States** [4] - 2:5, 2:7, 31:4, 33:4
**States's** [1] - 8:8
**statistics** [2] - 18:7, 18:25
**status** [1] - 3:23
**statutory** [3] - 4:8, 5:9, 28:5
**Steinbeck** [1] - 17:6
**stenographically** [1] - 33:6
**STENOTYPE** [1] - 1:25
**steps** [1] - 25:18

**still** [3] - 12:5, 15:5, 23:6
**stopped** [1] - 24:25
**stopping** [1] - 25:1
**strong** [1] - 19:5
**struggled** [2] - 17:11, 21:18
**struggling** [1] - 22:20
**stuck** [1] - 20:21
**studies** [1] - 10:19
**submitted** [1] - 7:14
**suffered** [1] - 18:23
**suffering** [1] - 14:7
**sufficient** [6] - 7:16, 7:22, 20:3, 20:14, 21:19, 27:21
**suggest** [4] - 3:22, 4:8, 15:2, 18:11
**suggesting** [2] - 18:5, 21:7
**suggestion** [1] - 20:7
**suicidal** [1] - 12:15
**suicide** [1] - 10:20
**Suite** [2] - 1:16, 1:20
**summary** [1] - 4:19
**sun** [1] - 2:18
**superseding** [2] - 31:20, 31:22
**supervised** [5] - 15:11, 15:12, 18:4, 28:25, 29:3
**supervision** [4] - 28:24, 29:1, 29:8, 33:10
**supplied** [1] - 8:22
**suppose** [1] - 25:7
**supposed** [1] - 9:20
**suspect** [1] - 5:17
**system** [2] - 26:21, 27:11

## T

**table** [1] - 2:8
**talks** [1] - 18:14
**tangible** [1] - 25:6
**tantamount** [1] - 17:24
**taught** [1] - 9:1
**teased** [1] - 17:12
**term** [1] - 26:23
**terms** [5] - 15:11, 17:25, 21:6, 24:1, 28:7
**terrorists** [1] - 16:13
**testimony** [1] - 33:8
**THE** [49] - 1:1, 1:2, 1:10, 1:13, 1:14, 1:18, 1:19, 2:3, 2:13, 2:21, 2:25, 3:17,

3:20, 4:2, 4:15, 5:4, 5:7, 5:9, 5:12, 5:14, 5:18, 5:21, 5:24, 6:2, 6:11, 6:14, 6:18, 6:20, 6:25, 7:2, 7:5, 14:10, 14:15, 14:17, 14:19, 14:22, 15:6, 15:13, 15:16, 21:21, 21:24, 22:2, 23:17, 29:6, 30:9, 30:13, 31:20, 31:22, 31:25
**themselves** [3] - 9:14, 9:17, 10:24
**therapy** [1] - 10:17
**thereafter** [1] - 33:10
**thereof** [1] - 33:13
**thinking** [3] - 22:20, 23:12, 23:13
**thinks** [1] - 11:20
**third** [1] - 8:17
**thoughts** [2] - 11:17, 12:15
**threatened** [2] - 10:4, 10:5
**threats** [1] - 10:1
**Three** [1] - 28:22
**three** [1] - 18:9
**tied** [1] - 20:12
**today** [12] - 3:24, 4:1, 4:24, 16:3, 22:24, 24:11, 25:23, 27:22, 30:15, 30:19, 30:20, 31:11
**together** [1] - 28:10
**tolerate** [1] - 25:10
**tolerated** [2] - 13:11, 14:4
**tomorrow** [1] - 31:11
**took** [1] - 25:18
**total** [4] - 5:16, 5:19, 5:22, 29:14
**training** [1] - 26:10
**transcribed** [1] - 33:10
**TRANSCRIPT** [1] - 1:10
**transcript** [1] - 33:6
**TRANSCRIPTION** [1] - 1:25
**transcription** [1] - 33:11
**transfer** [2] - 3:12, 3:23
**transportation** [3] - 14:13, 14:15, 14:22
**trapped** [1] - 19:15
**trauma** [1] - 16:15
**treat** [1] - 21:8
**treatment** [6] - 17:19, 18:5, 19:6, 21:1, 30:1, 30:6

**trouble** [1] - 12:14
**true** [2] - 25:24, 33:5
**truly** [2] - 13:6, 16:16
**trust** [5] - 9:3, 9:12, 11:1, 11:4, 24:18
**trusted** [1] - 9:7, 11:25
**trusting** [1] - 11:4
**truth** [1] - 16:18
**try** [4] - 19:9, 19:18, 26:10, 26:13
**turmoil** [1] - 13:16
**turn** [1] - 7:11
**turned** [1] - 10:11
**twist** [1] - 19:18
**two** [5] - 5:16, 5:20, 5:22, 30:2, 31:9
**Two** [1] - 28:21
**type** [4] - 14:2, 18:22, 20:15, 26:7
**typographical** [1] - 4:16

## U

**ultimate** [1] - 24:5
**unable** [1] - 9:25
**unaddressed** [1] - 14:8
**uncertain** [1] - 28:7
**unclear** [1] - 31:15
**unconscionable** [1] - 12:1
**uncorroborated** [1] - 12:24
**under** [3] - 5:9, 22:25, 33:10
**understood** [1] - 15:13
**unfortunately** [4] - 8:5, 8:24, 9:9, 12:3
**UNITED** [4] - 1:1, 1:5, 1:11, 1:14
**United** [5] - 2:5, 2:7, 8:8, 31:3, 33:4
**universe** [1] - 12:17
**unless** [1] - 5:23
**unwarranted** [1] - 26:14
**up** [6] - 10:12, 18:11, 22:20, 27:2, 31:2, 31:7
**USP** [1] - 21:7

## V

**value** [1] - 17:25
**various** [1] - 10:21
**version** [2] - 3:1, 6:3
**victim** [9] - 3:7, 6:23, 9:10, 10:3, 10:24,

12:13, 14:13, 17:16, 25:12
**victimize** [1] - 17:18
**victimized** [1] - 17:18
**victims** [13] - 8:1, 8:5, 8:6, 8:9, 13:10, 13:13, 13:16, 15:25, 16:9, 27:23, 27:24, 28:9, 29:16
**video** [1] - 8:15
**videos** [1] - 10:8
**virtue** [1] - 17:22
**vitally** [1] - 30:11
**voice** [1] - 24:11
**voices** [1] - 14:7
**vs** [1] - 2:5

## W

**waived** [1] - 31:5
**wake** [1] - 10:12
**walk** [3] - 9:5, 11:12, 13:15
**walking** [1] - 13:12
**wave** [1] - 18:25
**ways** [1] - 25:6
**weeks** [1] - 31:9
**weigh** [1] - 20:14
**white** [1] - 29:21
**whole** [2] - 21:10, 22:7
**witness** [1] - 17:11
**witnesses** [1] - 33:8
**wolf** [1] - 9:11
**word** [1] - 23:7
**wording** [1] - 2:17
**world** [1] - 23:14
**worse** [1] - 13:3
**writing** [2] - 30:24, 31:9
**writings** [1] - 12:20, 19:18
**wrongness** [1] - 25:20

## Y

**year** [4] - 8:3, 16:2, 19:15, 30:22
**years** [33] - 7:15, 7:21, 8:2, 8:15, 9:15, 10:11, 10:17, 13:1, 13:6, 13:10, 13:22, 14:1, 14:6, 16:4, 16:11, 16:14, 17:22, 17:23, 18:2, 18:12, 19:24, 20:9, 20:12, 20:25, 21:1, 21:4, 21:19, 25:5, 26:5, 28:5, 28:12
**young** [14] - 8:14, 9:15, 10:2, 12:19,

14:6, 16:14, 16:16, 16:20, 16:24, 17:3, 18:2, 18:11, 20:16, 27:1
**yourself** [2] - 21:25, 25:12